FILED

Oct 15  1 08 PM '03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAISY CHAVEZ<br>  Plaintiff | ) | Case No. 302CV458(MRK) |
| VS. | ) | |
| THE METROPOLITAN DISTRICT<br>COMMISSION<br>  Defendant | ) | OCTOBER 14, 2003 |

### ANSWER TO DEFENDANT'S AMENDMENT TO SPECIAL DEFENSES

The Plaintiff, Daisy Chavez, by her counsel, hereby denies each and every allegation contained in the Defendant's Amendment to Special Defenses.

RESPECTFULLY SUBMITTED,

PLAINTIFF, DAISY CHAVEZ

By _____
Robert W. Heagney
Her Attorney
HASSETT & GEORGE, P.C.
928 Hopmeadow Street
P.O. Box 454
Simsbury, CT 06070
(860) 651-9904
ct 05658

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Answer to Amendment to Special Defenses has been mailed, via first class mail, postage prepaid this 14th day of October, 2003 to Anthony J. Palermino, Esquire, 945 Wethersfield Avenue, Hartford, Connecticut 06114.

_____
Robert W. Heagney