FILED

Nov 3  11 06 AM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAISY CHAVEZ,<br>　　　　Plaintiff | : | CIVIL ACTION NO. 3:02 CV-458 (MRK) |
| | : | |
| v. | : | |
| | : | |
| THE METROPOLITAN DISTRICT<br>COMMISSION,<br>　　　　Defendant | :<br>:<br>: | OCTOBER 30, 2003 |

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 6 (b), the Plaintiff hereby moves for an order of the Court allowing an extension of time to respond to the Defendant's Motion for Summary Judgment, dated October 1, 2003.  Given the complex nature of the present action and the number of witnesses who have been deposed to date, the Plaintiff will require an extension of time until December 15, 2003 in order to respond adequately to the Defendant's arguments.  Plaintiff's counsel has attempted to reach the Defendant's counsel in order to ascertain the Defendant's position as to the present motion but has not been able to contact him.

Wherefore, the Plaintiff requests that the Court enter an Order allowing the Plaintiff to have until December 15, 2003 to file a response to Defendant's Motion for Summary Judgment.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

RESPECTFULLY SUBMITTED,

PLAINTIFF,
DAISY CHAVEZ

By_____
Robert W. Heagney
His Attorney
HASSETT & GEORGE, P.C.
928 Hopmeadow Street
P.O. Box 454
Simsbury, CT 06070
(860) 651-9904
ct 05658

## CERTIFICATION

I hereby certify that the foregoing motion has been mailed this 31st day of October, 2003 to the following counsel of record:

Anthony J. Palermino, Esq.
Law Offices of Anthony J. Palermino
945 Wethersfield Avenue
Hartford, CT 06114

Robert W. Heagney

RWH/seb
\\Sbs2k\shared\Labor\Thomas, Lebert\Pleadings\Motion for Extension Time MSJ Chavez.rtf