UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAISY CHAVEZ | : |
| | : |
| Plaintiff, | : |
| | :  No. 3:02CV458(MRK) |
| v. | : |
| | : |
| METROPOLITAN DISTRICT | : |
| COMMISSION | : |
| | : |
| Defendant. | : |

## ORDER

Plaintiff Daisy Chavez's Motion For Enlargement Of Time To Respond To Defendant's Motion For Summary Judgment (Doc. #27), dated October 30, 2003, is hereby GRANTED ABSENT OBJECTION.

IT IS SO ORDERED.

/s/ _____Mark R. Kravitz_____
U.S.D.J.

Dated at New Haven, Connecticut: November 5, 2003