# United States District Court

_____DISTRICT OF CONNECTICUT_____

## APPEARANCE

DAISY CHAVEZ
       Plaintiff

                                  CIVIL ACTION NO. 3:02CV458(MRK)

v.

THE METROPOLITAN DISTRICT
COMMISSION,
       Defendant

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for: Daisy Chavez.

| | |
|---|---|
| December 11, 2003 | /s/ Stuart Brown |
| *Date* | *Signature* |
| CT 24659 | Stuart E. Brown |
| *Connecticut Federal Bar Number* | *Print Name* |
| (860) 296-2111 | 555 Franklin Avenue |
| *Phone Number* | *Address* |
| (860)296-8494 | Hartford    CT    06114 |
| *Fax Number* | *City        State        Zip Code* |
| sbrown@hgesq.com | |
| *E-mail Address* | |

CERTIFICATION OF SERVICE

  This is to certify that the foregoing Appearance was mailed on this 11th day of December, 2004 to the following:

Anthony J. Palermino, Esq.
Law Offices of Anthony J. Palermino
945 Wethersfield Avenue
Hartford, CT 06114

                  _____
                  Stuart E. Brown

Case 3:02-cv-00458-MRK   Document 29   Filed 12/12/2003   Page 2 of 2