# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

DAISY CHAVEZ
    Plaintiff

v.

THE METROPOLITAN DISTRICT
COMMISSION,
    Defendant

**APPEARANCE**

CASE NUMBER: 3:02CV458(MRK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: The Metropolitan District Commission

_May 14, 2004_
Date

_ct. 05064_
Connecticut Federal Bar Number

_203-752-9794_
Telephone Number

_203-785-1547_
Fax Number

_david.ryan@ryan-ryan.net_
E-mail address

_(signature)_
Signature

_David A. Ryan, Jr._
Print Clearly or Type Name

_900 Chapel Street, Ste 621_
Address

_New Haven, CT  06510_

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Robert W. Heagney
Stuart E. Brown
Hassett & George
555 Franklin Avenue
Hartford, CT  06114

Anthony J. Palermino
945 Wethersfield Ave
Hartford, CT  06114

_(signature)_
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001