# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

DAISY CHAVEZ
    Plaintiff

**APPEARANCE**

FILED

May 18  12:34 PM '04

v.

CASE NUMBER: 3:02CV458(MRK)

THE METROPOLITAN DISTRICT
COMMISSION,
    Defendant

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for: The Metropolitan District Commission

__May 14, 2004__
Date

_[signature]_
Signature

__ct. 18308__
Connecticut Federal Bar Number

__Michael R. Brandt__
Print Clearly or Type Name

__203-752-9794__
Telephone Number

__900 Chapel Street, Ste 621__
Address

__203-785-1547__
Fax Number

__New Haven, CT   06510__

E-mail address

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Robert W. Heagney
Stuart E. Brown
Hassett & George
555 Franklin Avenue
Hartford, CT   06114

Anthony J. Palermino
945 Wethersfield Ave
Hartford, CT   06114

_[signature]_
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001