FILED

Jul 27  3 02 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAISY CHAVEZ, | : | CIVIL ACTION |
| | | 3:02CV458 (MRK) |
| Plaintiff | : | |
| | : | |
| V. | : | |
| | : | |
| METROPOLITAN DISTRICT | : | |
| COMMISSION, | : | |
| Defendant | : | JULY 27, 2004 |

### MOTION FOR EXTENSION OF SCHEDULING ORDER

The Defendant, Metropolitan District Commission, hereby moves for a thirty day extension of the deadlines issued in the Notice of Counsel dated June 16, 2004 for the purpose of pursuing mediation and settlement of the above matter. Under the Notice to Counsel, the Joint Trial Memorandum is currently due on August 10, 2004, a pre-trial conference is scheduled for August 23, 2004, jury selection is scheduled for August 31, 2004 and trial is on stand-by for September 8, 2004. In support of this extension request the Defendant represents as follows:

1. A mediation of this matter has been scheduled before retired U.S. Magistrate Owen Egan for August 27, 2004.

2. The Defendant has contacted the Plaintiff's counsel who does not oppose an extension of

**ORAL ARGUMENT NOT REQUESTED**

thirty days.

3. However, the Defendant's counsel David A. Ryan, Jr. is on a previously scheduled vacation from Saturday, October 9, 2004 until Sunday, October 24, 2004 and respectfully requests that the trial commence at a date subsequent thereto.

WHEREFORE, the Defendant seeks a thirty day extension of the deadlines set forth in the Notice to Counsel dated June 16, 2004.

>THE DEFENDANT
>METROPOLITAN DISTRICT
>COMMISSION
>
>By: *Michael R Brandt*
>Michael R. Brandt (ct18308)
>Ryan & Ryan, LLC
>900 Chapel Street, Suite 621
>New Haven, CT 06510
>(203) 752-9794
>Its Attorneys

2

## **CERTIFICATION**

    This is to certify that a copy of the foregoing was mailed, postage prepaid this 27th day of July 2004 to the following counsel of record:

Robert W. Heagney
Stuart E. Brown
Hassett & George
555 Franklin Avenue
Hartford, CT  06114

Anthony J. Palermino
945 Wethersfield Ave
Hartford, CT  06114

                                                                    */s/ Michael R. Brandt*
                                                                    Michael R. Brandt