UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAISY CHAVEZ, | : | CIVIL ACTION |
| | | 3:02CV458 (MRK) |
| Plaintiff | : | |
| | : | |
| V. | : | |
| | : | |
| METROPOLITAN DISTRICT | : | |
| COMMISSION, | : | |
| Defendant | : | JULY 28, 2004 |

## APPEARANCE

Please enter the appearance of Holly Quackenbush Darin of Ryan & Ryan, LLC on behalf of the Defendant, Metropolitan District Commission, in the above referenced matter.

THE DEFENDANT,
METROPOLITAN DISTRICT
COMMISSION

_____
Holly Quackenbush Darin  (ct10183)
Ryan & Ryan, LLC
900 Chapel Street, Suite 621
New Haven, CT  06510
(203) 752-9794
-Its Attorneys-

2

## **CERTIFICATION**

The undersigned hereby certifies that the foregoing was mailed, first class, postage prepaid, this 28th day of July 2004 to all counsel and pro se parties of record as listed below:

Robert W. Heagney
Stuart E. Brown
Hassett & George
555 Franklin Avenue
Hartford, CT  06114

Anthony J. Palermino
945 Wethersfield Ave
Hartford, CT  06114

_____
Holly Quackenbush Darin