UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAISY CHAVEZ, : | |
|     Plaintiff, : | |
| : | No. 3:02CV458 (MRK) |
| v. : | |
| : | |
| METROPOLITAN DISTRICT : | |
| COMMISSION, : | |
|     Defendant. : | |

## ORDER

Defendant's Motion For Extension Of Scheduling Order [doc. # 38], dated July 27, 2004, is GRANTED. The Court sets the following modified trial schedule:

    1.    Jury selection will take place on **November 5, 2004 at 9:30 a.m.** in Courtroom #4. Trial will be on stand-by status commencing **9:30 a.m. on November 8, 2004**.

    2.    A final pre-trial conference will be held at **4:00 p.m. on October 27, 2004** in Courtroom #4.

        **TRIAL COUNSEL MUST ATTEND THE FINAL PRE-TRIAL CONFERENCE.**

    3.    The Parties' Joint Trial Memorandum is due **October 8, 2004**.

IT IS SO ORDERED.

/s/    Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: **August 3, 2004**.