## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAISY CHAVEZ, | : | DOCKET NO. 3:02CV458 (MRK) |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| THE METROPOLITAN DISTRICT | : | |
| COMMISSION, | : | |
|     Defendant | : | SEPTEMBER 22, 2004 |

### DEFENDANT'S MOTION TO CONSOLIDATE

Pursuant to Federal Rule Civ. Proc. 46(a) the Defendant, The Metropolitan District Commission ("MDC") hereby moves to consolidate for trial <u>Chavez v. The Metropolitan District Commission</u>, 3:02 CV 458 (MRK) ("Chavez 1") and <u>Chavez v. The Metropolitan District Commission</u> 3:03CV 01112 (WWE) ("Chavez 2") on the basis that the actions involve common factual and legal issues and consolidation will eliminate unnecessary repetition and costs. In support of this Motion to Consolidate the Defendant represents:

    1. The parties in both cases attended mediation before retired Magistrate Owen Eagan on August 27, 2004 and September 13, 2004 respectively, but were unable to reach a settlement.

    2. Chavez 1 is scheduled to begin jury selection on November 5, 2004.

**<u>ORAL ARGUMENT NOT REQUESTED</u>**
**<u>TESTIMONY NOT REQUIRED</u>**

1

3. In Chavez 2 discovery was closed on August 13, 2004 and the case is to be trial ready by November 15, 2004.

4. Both cases involve the same parties, the same legal issues and almost identical facts. Since discovery has been closed in Chavez 2, consolidation of both matters for trial in November will eliminate unnecessary repetition, confusion, and cost. See Copies of Complaints attached hereto as Exhibits 1 and 2 respectively.

5. Since discovery has been completed in Chavez 2 and it is to be trial ready on or about the exact same time as Chavez 1 is scheduled to be tried, consolidation will not prejudice the Plaintiff Chavez.

6. Prior to mediation of Chavez 1 and Chavez 2, the Defendant MDC contacted the Plaintiff's counsel to ascertain his position on the Motion to Consolidate. It is believed that the Plaintiff Chavez's counsel intends to object to this Motion on the basis that MDC's former counsel allegedly would not agree to consolidation.[1]

7. The Defendant MDC has attached hereto a Memorandum of Law.

WHEREFORE, the Defendant MDC respectfully requests that the Court consolidate for trial the cases of Chavez v. The Metropolitan District Commission, 3:02 CV 458 (MRK) and Chavez v. Metropolitan District Commission, 3:03 CV 01112 (WWE).

---

[1] The law office of Ryan & Ryan, LLC recently appeared on behalf of MDC in both cases.

        THE DEFENDANT,
        THE METROPOLITAN
        DISTRICT COMMISSION


        BY_____
        Holly Quackenbush Darin(ct10183)
        Ryan & Ryan, LLC
        900 Chapel Street
        Suite 621
        New Haven, CT  06510
        Its Attorneys


## **CERTIFICATION**

      The undersigned hereby certified that the foregoing was mailed, first class, postage prepaid, this 22nd day of September 2004 to all counsel and pro se parties of record as listed below:

Robert W. Heagney
Stuart E. Brown
Hassett & George, P.C.
555 Franklin Avenue
Hartford, CT  06114

        _____
        Holly Quackenbush Darin

3

Case 3:02-cv-00458-MRK     Document 41     Filed 09/23/2004     Page 4 of 4

4