## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAISY CHAVEZ, | CIVIL ACTION NO. |
| PLAINTIFF, | 3:02CV00458 (MRK) |
| V. | |
| METROPOLITAN DISTRICT COMMISSION, | |
| DEFENDANT. | October 8, 2004 |

### DEFENDANT MDC'S PROPOSED VOIR DIRE QUESTIONS

Pursuant to Rule 47(a) of the Federal Rules of Civil Procedure, the Defendant respectfully submits the following proposed voir dire questions for use by the Court in questioning prospective jurors:

1. Have you seen, read, or heard anything about this case before coming here today?

2. Do you know, know about, or have you had any personal business dealings with any of the following people who may be called as witnesses in this case? **List potential witnesses from pretrial list.**

3. The Plaintiff, Daisy Chavez, is represented by Attorneys Robert Heagney and Stuart Brown of the law firm Hassett & George, PC.  The Defendant, The Metropolitan District Commission also known as "MDC" supplies drinking water, sewer services, waste collection, water pollution control and other services in the Greater Hartford area and is represented by Attorneys David A.

      Ryan, Jr. and Holly Quackenbush Darin of the law firm Ryan & Ryan, LLC. Do you know, or have you had any dealings, personal or business, with any of the parties or their counsel?

4. Do you have any relatives, friends, associates, or employers who have had any dealings with or been employed by the parties or any of their attorneys?

5. Have you read or heard anything about any of these parties or their attorneys that might make it difficult for you to be fair and impartial?

6. Have you, or has any member of your family or a close friend, ever worked for the Defendant, The Metropolitan District Commission?

    a. What kind of work did/does that person do?

    b. Has that person ever expressed any opinion about or otherwise said anything about the Defendant? If so, please describe.

    c. Would this prevent you from acting as a fair and impartial juror in this case? If yes, please explain.

7. Do you have any opinion about the reputation of The Metropolitan District Commission or how it treats its employees? If yes, what is it?

8. Are you a customer of the Metropolitan District Commission? If so, have you, or has your spouse or any member of your family, ever been dissatisfied with the services provided by The Metropolitan District Commission? If yes, please explain?

9. Are you employed?

10. Who is your employer? (If retired or unemployed, describe your last employment.)

11. Do you now, or have you ever, supervised or managed other employees? If yes, please describe your supervisory or managerial duties.

12. Have you, or anyone you know, ever been disciplined, suspended, demoted, or fired from a job? If yes, please describe the circumstances and how you/they feel about it.

13. Have you, or anyone you know, ever felt that an employer wrongfully denied you/them a promotion? If yes, please describe the circumstances and how you/they feel about it.

14. Have you, or anyone you know, ever claimed discrimination against your/their employer? Is so, what was the claim? Were there any legal proceedings commenced? What was the end result of those proceedings?

15. Have you and/or anyone you know been accused of discriminating against a minority? If so, please explain.

16. Are you, or is your spouse or any member of your family, a member of any organization one purpose of which is to advance the interests of women in employment or other contexts? If yes, please describe.

17. Are you, or is your spouse or any member of your family, a member of any organization one purpose of which is to advance the interests of racial or ethnic minorities in employment or other contexts? If yes, please describe.

18. Are you involved in any community activities? If so, please describe.

19. Have you ever served as a juror before?

    a. If so, when did you serve?

    b. What type of case?

    c. Did the jury reach a verdict?

    d. Did you join in the verdict?

20. Have you, or has any member of your family or a close friend, ever been a plaintiff or defendant in a state or federal court case, whether criminal or civil?

    a. If so, what kind of case?

    b. What did it involve?

    c. How was it resolved?

    d. Was there anything about that experience that would prevent you from acting as a fair and impartial juror in this case?

21. Have you, or has any member of your family or a close friend, ever appeared as a witness at a deposition, trial or grand jury investigation?

    a. If so, what was the case about?

    b. Was there anything about that experience that would prevent you from acting as a fair and impartial juror in this case? If yes, please explain.

22. Have you, or has any member of your family or a close friend, ever worked for or had contact with the Connecticut Commission on Human Rights & Opportunities, Equal Employment Opportunity Commission or any state or federal government agency handling complaints of discrimination or retaliation? If yes, please explain.

23. Have you, or has any member of your family or a close friend, ever filed any complaint of discrimination or retaliation with any state or federal government agency or taken any legal action against an employer?

    a. If yes, please describe the nature of the claim and the outcome.

    b. Was there anything about that experience that would prevent you from acting as a fair and impartial juror in this case? If yes, please explain.

24. Have you, or has any member of your family or a close friend, felt you/they were a victim of discrimination or retaliation on the job or elsewhere?

    a. If yes, please describe the nature of the discrimination and/or retaliation and the outcome.

    b. Was there anything about that experience that would prevent you from acting as a fair and impartial juror in this case? If yes, please explain.

25. Have you, or has any member of your family or a close friend, ever been accused of discrimination and/or retaliation on the job or elsewhere?

    a. If yes, please describe the nature of the discrimination and/or retaliation and the outcome.

    b. Was there anything about that experience that would prevent you from acting as a fair and impartial juror in this case? If yes, please explain.

26. Do you have any difficulties with your hearing or vision that would prevent you from giving attention to all of the evidence at this trial?

27. Do you have any difficulty in understanding or reading English?

28. Do you have any special medical problems that might interfere with your service as a juror in this case?

29. Do you know of any reason that would prevent you from fairly considering the evidence in this case and reaching an impartial result? If yes, please explain.

30. Do you know of any reason why you should not be a juror on this case? If yes, please explain.