**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| DAISY CHAVEZ, | : | CIVIL ACTION |
| | | 3:02CV458 (MRK) |
| Plaintiff | : | |
| | : | |
| V. | : | |
| | : | |
| METROPOLITAN DISTRICT | : | |
| COMMISSION, | : | |
| Defendant | : | OCTOBER 8, 2004 |

**DEFENDANT'S PROPOSED**
**JURY VERDICT FORM - INTERROGATORIES**

**I.     COUNT ONE:  CLAIM OF GENDER, NATIONAL ORIGIN, AND RACIAL DISCRIMINATION UNDER SECTION 1983 OF THE CIVIL RIGHTS ACT.**

a.)     Did the Plaintiff prove, by a preponderance of the evidence that MDC failed to promote her to positions for which she was qualified?

_____ Yes _____ No

If you answer "No", then you need not answer the remaining questions in Section I and should proceed to Section II.

b.)     If your answer to I. (a) is "Yes", which positions did the Plaintiff prove, by a preponderance of the evidence, that she was qualified for and did not receive?

Manager of Utility Services: _____ Yes _____ No
Manager of the Treasury: _____ Yes _____ No
Manager of Special Engineering Projects: ____ Yes _____ No

c.)     Did the Plaintiff prove, by a preponderance of the evidence, that the Defendant MDC's failure to promote her to the positions identified in paragraph I(b) denied her equal protection of the law?

_____ Yes _____ No

d.) Did the Plaintiff prove, by a preponderance of the evidence that in failing to promote her to the positions you have identified in paragraph I(b) the Defendant intentionally discriminated against her based upon her gender, national origin, or race?

_____ Yes _____ No

If you answer "No", then you need not answer the remaining questions in Section I and should proceed to Section II.

e.) If your answer to question I(c) is "Yes", which type and/or types of intentional discrimination did the Plaintiff prove by a preponderance of the evidence?

Gender ____ Yes ____ No
National Origin ___ Yes ___ No
Race ____ Yes ____ No

f.) Did the Plaintiff prove by a preponderance of the evidence, that in failing to promote her to the positions you have identified in paragraph I(b), the Defendant MDC intentionally discriminated against her under color of state law or authority?

_____ Yes _____ No

If you answer "No", then you need not answer the remaining questions in Section I and should proceed to Section II.

g.) Did the Plaintiff prove, by a preponderance of the evidence, that the Defendant MDC's failure to promote her to the position and/or positions you have identified in paragraph I(b) was the proximate or legal cause of damages sustained by the Plaintiff?

_____ Yes _____ No

If you answer "No", then you need not answer the remaining questions in Section I and should proceed to Section II.

h.) Did the Plaintiff prove, by a preponderance of the evidence, that the discrimination you have identified in paragraph I(e) had become a policy or custom of the Defendant MDC, as defined in your instructions, for which the Defendant MDC would be legally responsible?

_____ Yes _____ No

If you answer "No", then you need not answer the remaining questions in Section I and should proceed to Section II.

2

      i.)      Did the Plaintiff prove, by a preponderance of the evidence that the Plaintiff should be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

      _____ Yes _____ No

      If your answer is "Yes", in what amount? _____

      j.)      Did the Plaintiff prove, by a preponderance of the evidence, that the Plaintiff should be awarded damages to compensate for emotional pain and mental anguish?

      If your answer is "Yes", in what amount? _____

## II.    COUNT TWO: CLAIM OF RACE AND NATIONAL ORIGIN DISCRIMINATION UNDER SECTION 1981 OF THE CIVIL RIGHTS ACT

1.    Did the Plaintiff prove by a preponderance of the evidence that the Plaintiff was denied a promotional opportunity by the Defendant MDC?

      _____ Yes     _____ No

      If your answer is "No", then you need not answer the remaining questions in Section II and should proceed to Section III.

2.    If your answer to question 1 is "Yes", which promotional opportunities did the Plaintiff prove, by a preponderance of the evidence that she did not receive?

      Manager of Utility Services: _____ Yes _____ No
      Manager of the Treasury: _____ Yes \_\_\_\_\_ No
      Manager of Special Engineering Projects: \_\_\_\_ Yes _____ No

3.    Did the Plaintiff prove by a preponderance of the evidence that the Plaintiff's race was a substantial or motivating factor in the denial of the opportunities you have identified in paragraph 2?

      _____ Yes     _____ No

      If your answer is "No", then you need not answer the remaining questions in Section II and should proceed to Section III.

3

4. Did the Plaintiff prove, by a preponderance of the evidence that the Plaintiff should be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

    _____ Yes     _____ No

If your answer is "Yes", in what amount? _____

5. Did the Plaintiff prove, by a preponderance of the evidence that the Plaintiff should be awarded damages to compensate for emotional pain and mental anguish?

If your answer is "Yes", in what amount? _____

### III. COUNT THREE - CLAIM OF SEX, NATIONAL ORIGIN AND RACE DISCRIMINATION UNDER TITLE VII OF THE CIVIL RIGHTS ACT

1. Did the Plaintiff prove by a preponderance of the evidence that the Plaintiff was denied a promotional opportunity by MDC?

    _____ Yes     _____ No

If your answer is "No", then you need not answer the remaining questions in Section III and your verdict should be in favor of the Defendant as to Count Three.

2. If your answer to question 1 is "Yes", which promotional opportunities did the Plaintiff prove, by a preponderance of the evidence that she did not receive?

    Manager of Utility Services: _____ Yes _____ No
    Manager of the Treasury: _____ Yes \_\_\_\_\_ No
    Manager of Special Engineering Projects: \_\_\_\_ Yes _____ No

3. Did the Plaintiff prove by a preponderance of the evidence that she was qualified for the promotional opportunities you have identified in paragraph 2?

    _____ Yes     _____ No

If your answer is "No", then you need not answer the remaining questions in Section III and your verdict should be in favor of the Defendant as to Count Three.

4

4.    Did the Plaintiff prove by a preponderance of the evidence that the Plaintiff's gender, race and/or national original was a substantial or motivating factor in the denial of the opportunities you have identified in paragraph 2.

    \_\_\_\_\_ Yes _____No

5.    If your answer to question 4 is "Yes", which factor or factors (gender, national origin or race) has the Plaintiff proven, by a preponderance of the evidence, motivated the Defendant MDC's denial of the promotional opportunities identified in paragraph 2.

    Gender: \_\_\_\_ Yes \_\_\_\_ No
    National Origin: \_\_\_\_ Yes \_\_\_\_No
    Race:\_\_\_\_ Yes\_\_\_\_No

6.    Did the Plaintiff prove, by a preponderance of the evidence that the Plaintiff should be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

    _____ Yes    _____ No

    If your answer is "Yes", in what amount? _____

7.    Did the Plaintiff prove, by a preponderance of the evidence that the Plaintiff should be awarded damages to compensate for emotional pain and mental anguish?

    If your answer is "Yes", in what amount? _____

8.    Did the Plaintiff prove, by a preponderance of the evidence, that the Plaintiff was subjected to a hostile or abusive work environment because of her sex, national origin, or race?

    _____ Yes    _____ No

    If you answer "No", you need not answer the remaining questions.

9.    Did the Plaintiff prove, by a preponderance of the evidence that such hostile or abusive work environment was permitted by a supervisor with immediate or successively higher authority over the Plaintiff?

    _____ Yes    _____ No

5

10.     Did the Plaintiff prove, by a preponderance of the evidence, that the Plaintiff sustained damages as a proximate or legal result of such hostile or abusive work environment?

    _____ Yes     _____ No

11.     Did the Plaintiff prove, by a preponderance of the evidence, that the Plaintiff should be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

    _____ Yes _____No

  If your answer is "Yes", in what amount? _____

12.     Did the Plaintiff prove, by a preponderance of the evidence, that the Plaintiff should be awarded damages of emotional pain and mental anguish?

  If your answer is "Yes", in what amount? _____.

6