**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| DAISY CHAVEZ, | : | DOCKET NO. 3:02CV458 (MRK) |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| THE METROPOLITAN DISTRICT | : | |
| COMMISSION, | : | |
|     Defendant | : | OCTOBER 8, 2004 |

**DEFENDANT'S MOTION IN LIMINE**
**TO PRECLUDE NON-EXPERT EVIDENCE OF MEDICAL CONDITION**

    The Defendant, Metropolitan District Commission (hereafter the "Defendant MDC") moves in limine to preclude evidence or testimony offered or sought by the Plaintiff, Daisy Chavez (hereafter the "Plaintiff Chavez") with regard to her alleged medical condition, Diverticulitis and the alleged cause thereof.

    The Defendant MDC objects to the admission of such evidence at trial on the grounds that: (1) the Plaintiff has not indicated an intention to support her allegation that her alleged condition, Diverticulitis, was caused by the Defendant MDC's actions with expert testimony or other expert evidence, and (2) testimony or evidence regarding the Plaintiff Chavez's specific medical condition and the potential causes thereof is beyond the knowledge of the average layperson.  For these reasons, as more fully set forth in the Defendant's Memorandum of Law in Support of Its Motion In

Limine submitted herewith, the Defendant MDC moves to preclude evidence or testimony regarding the Plaintiff's alleged medical condition, Diverticulitis and the alleged cause thereof.

                                          THE DEFENDANT,
                                          THE METROPOLITAN
                                          DISTRICT COMMISSION

                                        BY_____
                                          Holly Quackenbush Darin (ct10183)
                                          David A. Ryan, Jr. (ct. 05064)
                                          Ryan & Ryan, LLC
                                          900 Chapel Street
                                          Suite 621
                                          New Haven, CT  06510
                                          -Its Attorneys-

## **CERTIFICATION**

      The undersigned hereby certified that the foregoing was mailed, first class, postage prepaid, this 8th day of October 2004 to all counsel and pro se parties of record as listed below:

Robert W. Heagney
Stuart E. Brown
Hassett & George, P.C.
555 Franklin Avenue
Hartford, CT  06114

                                          _____
                                          Holly Quackenbush Darin