UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAISY CHAVEZ, | : | DOCKET NO. 3:02CV458 (MRK) |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| THE METROPOLITAN DISTRICT | : | |
| COMMISSION, | : | |
|     Defendant | : | OCTOBER 8, 2004 |

**DEFENDANT'S MOTION IN LIMINE
TO PRECLUDE LEVY & DRONEY REPORT**

The Defendant, Metropolitan District Commission (hereafter the "Defendant MDC") moves in limine to exclude from evidence a document entitled "Compliance Audit of Employment Practices of the Metropolitan District Commission Undertaken by Legal Counsel, dated March 15, 2002" (hereinafter Levy & Droney Report" or "Report") and to preclude any testimony relating to the contents thereof on the basis that: (1) the Plaintiff has not listed any witness who can authenticate the Report; (2) the Levy & Droney Report is irrelevant to the claims of the Plaintiff; (3) the Levy & Droney Report is based on and contains inadmissible hearsay; and (4) its probative value, if any, is outweighed by unfair prejudice.

For these reasons, as more fully set forth in the Defendant's Memorandum of Law in Support of Its Motion In Limine submitted herewith, the Defendant MDC moves to exclude from evidence the Levy & Droney Report.

1

          THE DEFENDANT,
          THE METROPOLITAN
          DISTRICT COMMISSION


BY_____
    Holly Quackenbush Darin (ct10183)
    David A. Ryan, Jr. (ct. 05064)
    Ryan & Ryan, LLC
    900 Chapel Street
    Suite 621
    New Haven, CT  06510
    -Its Attorneys-


## **CERTIFICATION**

    The undersigned hereby certified that the foregoing was mailed, first class, postage prepaid, this 8th day of October 2004 to all counsel and pro se parties of record as listed below:

Robert W. Heagney
Stuart E. Brown
Hassett & George, P.C.
555 Franklin Avenue
Hartford, CT  06114


_____
Holly Quackenbush Darin