UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAISY CHAVEZ, | : | CIVIL ACTION NO. 3:02CV-458 (MRK) |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| THE METROPOLITAN DISTRICT | : | |
|  COMMISSION, | : | |
|     Defendant | : | October 8, 2004 |

**PLAINTIFF'S PROPOSED VOIR DIRE**

1. Name of present employer?

2. Job duties?

3. Have you ever been a supervisor?

4. Have you had people working for you?

5. Have you ever worked in the field of labor relations, industrial relations or personnel?

6. Have you ever taken any courses in law or personnel or labor relations?

7. Have you ever been active in a union? Have you ever worked in a union shop?

8. Do you have any close relatives employed by a municipality, state or city agency?

9. Have you ever had the power to discharge or discipline? To recommend discipline?

10. Do you have any close relatives that have ever been fired or laid off?

11. Do you know of any of the lawyers in this case?

12. Do you know of any of the following persons who are listed as witnesses? (List names on pretrial list).

13. Have you or a member of your immediate family ever filed a lawsuit?

14. Have you or a member of your immediate family ever filed a grievance or an appeal of an adverse employment decision?

15. Have you ever protested a written job appraisal or job evaluation?

16. Have you ever prepared a job appraisal or evaluation of another employee?

17. Do you think there is anything improper about an employee testifying against her current employer?

18. Have you ever owned your own business or been self-employed?

19. Have you ever been a victim of discrimination of any kind? Have you ever filed a discrimination charge with the EEOC or other government agency?

20. Have you ever been accused of discriminating against an employee?

21. Do you believe discrimination in employment is a problem today?

22. If the evidence showed that plaintiff was entitled to recover a very large amount of money would you have any difficulty in voting to make such a large award?

23. Have you ever served on a jury before?

24. Have you ever served as a juror in a criminal case?

25. Do you understand that in a civil case plaintiff only has the burden of proving her case by a preponderance of the evidence? Do you understand plaintiff does not have to prove her case beyond a reasonable doubt as in a criminal case?

26. Will you follow the instructions of law of the court concerning circumstantial indirect evidence and your right to make inferences and draw conclusions from circumstantial evidence even though there may be no direct evidence?

27. At the end of the case when you retire to deliberate, will you vote according to your conscience?

28. If you find that a preponderance or greater weight of the evidence shows that plaintiff was treated differently than other employees on unlawful discriminatory grounds, would you have any problem in entering a verdict for plaintiff?

29. Will you base your decision solely upon the evidence and law and not upon the sympathy or personal dislike of any of the parties, witnesses, or lawyers?

30. Do you know of any fact or reason which would tend to make you biased or prejudiced

        for or against any of the parties?

31.    Do you know of any reason why you cannot give my client a fair trial?

32.    Will you promise me that if the preponderance of the evidence shows plaintiff is entitled to a verdict that you will return a verdict in favor of plaintiff?

33.    Have you any fixed ideas relative to anyone who files a lawsuit that would affect your judgment as a fair and impartial juror?

34.    Have you any preconceived ideas about this type of case that would affect your judgment as a fair and impartial juror?

                                            RESPECTFULLY SUBMITTED,
                                            PLAINTIFF, DAISY CHAVEZ

By:    _____
        Robert W. Heagney (ct 5658) and
        Stuart E. Brown, Esq. (ct 24659)
        Hassett & George, P.C.
        555 Franklin Avenue
        Hartford, Connecticut 06114
        (860) 296-2111

### Certification

This is to certify that a copy of the foregoing has been sent via first-class mail, postage prepaid, this 8th day of October, 2004, to the following counsel of record:

David A. Ryan
Holly Quackenbush Darin
Ryan & Ryan, LLC
900 Chapel Street, Suite 621
New Haven, CT 06510

                                            _____
                                            Stuart E. Brown

\\Sbs2k\shared\Labor\Chavez, Daisy\Voir Dire Daisy Chavez.doc

Case 3:02-cv-00458-MRK    Document 51    Filed 10/08/2004    Page 4 of 4