UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAISY CHAVEZ, | : | DOCKET NO. 3:02CV458 (MRK) |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| THE METROPOLITAN DISTRICT | : | |
| COMMISSION, | : | |
| Defendant. | : | October 12, 2004 |

## PLAINTIFF'S OBJECTION TO MOTION TO CONSOLIDATE

The Plaintiff, Daisy Chavez, respectfully submits the following memorandum in opposition to the Defendant, Metropolitan District Commission's ("MDC"), Motion to Consolidate, dated September 22, 2004. The Plaintiff asserts that consolidation at this point would result in a delay of the trial on her first case, docket no. 3:02CV458 ("Chavez 1"), and, furthermore, there are outstanding issues that need to be resolved before Plaintiff's second case, docket no. 3:03CV1112 ("Chavez 2"), is ready for trial.

The parties in Chavez 1 have already submitted their Joint Trial Memorandum, and this case is ready to begin jury selection on November 4, 2004. Chavez 2 is not ready for trial. The present scheduling order in Chavez 2 puts its trial readiness date after the scheduled commencement of the jury trial in Chavez 1. In addition, both the Plaintiff and the Defendant in Chavez 2 have motions which will need to be addressed before that case can proceed further: The Plaintiff has moved for an extension of the scheduling order in Chavez 2 in order to have thirty (30) days within which to add two named individuals as party-

defendants. The Defendant has filed a "Partial Motion for Summary Judgment," which is addressed to Counts One through Three and paragraph 9 of the prayer for relief in Chavez 2. The Plaintiff still has to respond to this motion for summary judgment. So, while Chavez 1 simply remains to be presented to the jury within a few weeks from now, Chavez 2 has a long procedural road ahead of it. Furthermore, if the Court in Chavez 2 grants the extension of time and the subsequent motion to add the two individual party-defendants, there will be a divergence of issues and parties between Chavez 1 and Chavez 2 that would create more confusion than economy.

Wherefore, the Plaintiff respectfully requests that the Defendant's motion to consolidate, dated September 22, 2004, be denied.

THE PLAINTIFF,
DAISY CHAVEZ

By: *[signature]*
Robert W. Heagney (ct 5658) and
Stuart E. Brown (ct 24659)
Hassett & George, P.C.
555 Franklin Avenue
Hartford, CT 06114
(860) 296-2111
(860) 296-8494 (fax)

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via first-class mail, postage prepaid, this 12TH day of October, 2004, to the following counsel of record:

David A. Ryan
Holly Quackenbush Darin
Ryan & Ryan, LLC
900 Chapel Street, Suite 621
New Haven, CT 06510

Stuart E. Brown

RWH/SEB
G:\Labor\Chavez, Daisy\Complaint #2\Motion to Extend Scheduling Order.doc