UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAISY CHAVEZ, | : | CIVIL ACTION |
| | : | 3:03 CV 01112 (WWE) |
| Plaintiff | : | |
| | : | |
| V. | : | |
| | : | |
| METROPOLITAN DISTRICT | : | |
| COMMISSION, | : | |
| Defendant | : | OCTOBER 1, 2004 |

### DEFENDANT'S PARTIAL MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil and Local Procedure, the Defendant, Metropolitan District Commission ("Defendant MDC") hereby moves for summary judgment on Counts One, Two and Three of the Plaintiff Daisy Chavez's ("Plaintiff Chavez") Complaint dated June 9, 2003, as well as paragraph two (2) and paragraph nine (9) of the Prayer for Relief.

Counts One, Two and Three essentially allege the Defendant MDC violated its Affirmative Action Policy and the mandates set forth in Executive Order 11246. However, not only is no private cause of action available for violations of Executive Order 11246, but the Plaintiff Chavez has failed to exhaust the administrative remedies provided for therein. Further, with respect to Counts One and Three, *assuming arguendo* that the Defendant MDC somehow violated its Affirmative Action Plan,

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

the Plaintiff Chavez has failed to identify therein any federal law which would entitle her to relief for such violations. Thus, as a matter of law, the Defendant MDC is entitled to summary judgment on Counts One, Two, and Three as well as paragraph nine (9) of the Plaintiff Chavez's Prayer for Relief which seeks injunctive relief for violations of the Defendant MDC's Affirmative Action Plan.

Finally, punitive damages are not available against a municipal corporation, therefore, the Defendant MDC is entitled to summary judgment as to the Plaintiff Chavez's claim for punitive damages under paragraph two (2) of the Prayer for Relief.

The Defendant MDC has attached hereto a Local Rule 56(A)(1) Statement of Undisputed Facts and a Memorandum of Law in Support of Defendant's Motion for Summary Judgment.

Wherefore, the Defendant respectfully requests that the Court grant its Motion for Summary Judgment in its entirety.

>THE DEFENDANT,
>METROPOLITAN DISTRICT
>COMMISSION
>
>BY _____
>David A. Ryan, Jr.(ct05064)
>Holly Quackenbush Darin(ct10183)
>Ryan & Ryan, LLC
>900 Chapel Street, Suite 621
>New Haven, CT  06510
>(203) 752-9794
>-Its Attorneys-

## CERTIFICATION

The undersigned hereby certifies that the foregoing was mailed, first class, postage prepaid, this 1st day of October 2004 to all counsel and pro se parties of record as listed below:

Robert Heagney, Esq.
Stuart Brown, Esq.
Hassett & George, P.C.
555 Franklin Avenue
Hartford, CT 06114

_____
David A. Ryan, Jr.

3