UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAISY CHAVEZ,<br>Plaintiff | : DOCKET NO. 3:03 CV 1112 (MRK)<br>:<br>: |
| v. | :<br>: |
| THE METROPOLITAN DISTRICT<br>COMMISSION,<br>Defendant. | :<br>:<br>: October 25, 2004 |

## MOTION TO EXTEND SCHEDULING ORDER

The Plaintiff, Daisy Chavez, respectfully requests that the present scheduling order be modified and extended to allow for the addition of two individuals, George Sparks and Robert Moore, as party-defendants to the present action. The Plaintiff respectfully requests an extension of thirty (30) days from the granting of this motion within which to file the motion to join Sparks and Moore as party-defendants and to file an Amended Complaint to be served upon these individuals in accordance with Federal Rules of Civil Procedure Rule 4. This motion was originally filed in the District Court at Bridgeport, but it was returned to Plaintiff's counsel due to the recent transfer of this case to Judge Kravitz in New Haven. The Defendant has already objected to this motion, and the motion itself remains essentially unchanged from its initial filing.

In support of this motion, the Plaintiff asserts that the addition of these two individuals is necessary for a complete resolution of the issues raised by the Plaintiff's present case. The Plaintiff also asserts that she may have certain avenues of recovery denied

to her in the absence of individual persons who were personally involved in the wrongdoing against her. Although the Defendant has requested that the present case be consolidated with the Plaintiff's other case against it; docket no. 3:02CV458(MRK); the Plaintiff asserts that judicial economy will be better served by allowing the case against these two individuals, Sparks and Moore, to be brought in conjunction with the present case, rather than as a third, separate Complaint. The Plaintiff's counsel contacted the Defendant's counsel to inquire as to their position on the present motion, and the Defendant intended to object to this requested extension.

Wherefore, the Plaintiff respectfully requests an extension of thirty (30) days from the granting of this motion within which to file the motion to join Sparks and Moore as party-defendants and to file an Amended Complaint.

THE PLAINTIFF,
DAISY CHAVEZ

By: *Stuart Brown*
Robert W. Heagney (ct 5658) and
Stuart E. Brown (ct 24659)
Hassett & George, P.C.
555 Franklin Avenue
Hartford, CT 06114
(860) 296-2111
(860) 296-8494 (fax)

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via first-class mail, postage prepaid, this 25th day of October, 2004, to the following counsel of record:

David A. Ryan
Holly Quackenbush Darin
Ryan & Ryan, LLC
900 Chapel Street, Suite 621
New Haven, CT 06510

*Stuart Brown*
Stuart E. Brown

RWH/SEB
G:\Labor\Chavez, Daisy\Complaint #2\Motion to Extend Scheduling Order.doc