

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DAISY CHAVEZ,  : CIVIL ACTION
   Plaintiff  : 3:03 CV 0512 (MRK)
  :
v. :
  :
METROPOLITAN DISTRICT COMMISSION, : OCTOBER 28, 2004
   Defendant :

### PLAINTIFF'S OBJECTION TO DEFENDANT'S PARTIAL MOTION FOR SUMMARY JUDGMENT

Defendant has moved for summary judgment on Counts One, Two, and Three of Plaintiff's Complaint as well as Paragraphs Two and Nine of Plaintiff's Prayer for Relief. Defendant contends that Summary Judgment should be granted as to Counts One and Three because these counts fail to cite a federal statute on which relief may be granted. However, Plaintiff has complied with federal pleading requirements and these counts sufficiently describe Plaintiff's grounds for relief. Although not required to cite a specific statute, Plaintiff has identified the statutes under which she is entitled to relief in her statement of jurisdiction. Accordingly, summary judgment should be denied as to Counts One and Three.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

Hassett & George, P.C.  555 Franklin Avenue  Hartford, CT 06114
(860) 296-2111  Fax: (860) 296-8494  Juris No. 407894

Defendant also seeks summary judgment on Counts One, Two, and Three because it construes these counts as actions to enforce Defendant's Affirmative Action Policy and there is no such right of private action. However, Defendant misconstrues these counts, which seek relief for discrimination against plaintiff. Any lack of a private right of action to enforce an affirmative action policy does not prohibit separate actions for discrimination, and so summary judgment as to Counts One, Two, and Three should be denied.

WHEREFORE, because Plaintiff's complaint states grounds upon which relief may be granted, Defendant's Motion for Partial Summary Judgment should be denied.

THE PLAINTIFF,
DAISY CHAVEZ

By: _____
Robert W. Heagney (ct 5658) and
Stuart E. Brown (ct 24659)
Hassett & George, P.C.
555 Franklin Avenue
Hartford, CT 06114
(860) 296-2111

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via first-class mail, postage prepaid, this 29th day of October, 2004, to the following counsel of record:

David A. Ryan
Holly Quackenbush Darin
Ryan & Ryan, LLC
900 Chapel Street, Suite 621
New Haven, CT 06510

_____
Stuart E. Brown