

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAISY CHAVEZ, | : | DOCKET NO. 3:03 CV 1112 (MRK) |
| v. | : | |
| THE METROPOLITAN DISTRICT COMMISSION, | : | October 28, 2004 |

### LOCAL RULE 56(a)2 STATEMENT

The Plaintiff, Daisy Chavez, submits the following statement in accordance with Local Rule of civil Procedure 56(a)2. As to Plaintiff's Local Rule 56(a)1 Statement:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted.

THE PLAINTIFF,
DAISY CHAVEZ

By: _____
Robert W. Heagney (ct 5658) and
Stuart E. Brown (ct 24659)
Hassett & George, P.C.
555 Franklin Avenue
Hartford, CT 06114
(860) 296-2111
(860) 296-8494 (fax)

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via first-class mail, postage prepaid, this 29th day of October, 2004, to the following counsel of record:

David A. Ryan
Holly Quackenbush Darin
Ryan & Ryan, LLC
900 Chapel Street, Suite 621
New Haven, CT 06510

_____
Stuart E. Brown

RWH/SEB
G:\Labor\Chavez, Daisy\Complaint #2\Local Rule 56(a)2 Statement.doc