UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAISY CHAVEZ : | |
| : | |
| Plaintiff, : | |
| : | No. 3:02CV458 (MRK) |
| v. : | |
| : | |
| METROPOLITAN DISTRICT : | |
| COMMISSION : | |
| : | |
| Defendant. : | |

**RULING AND ORDER**

Defendant MDC's Motion for Partial Summary Judgment [**doc. #61**] is GRANTED in part and DENIED in part.  The MDC moves to dismiss Counts One, Two and Three of the Complaint [doc. #1] on the grounds that in these counts, Ms. Chavez alleges only violations of the MDC's Affirmative Action Policy, and that violations of such policies do not give rise to a private right of action.  The Court agrees that violations of an affirmative action policy do not in and of themselves give right to a private cause of action.  *See e.g. Weise v. Syracuse University*, 522 F.2d 397, 411 n.23 (2d Cir. 1975).  However, in her opposition brief, Ms. Chavez clarified that Counts One, Two and Three of the Complaint "merely mention the violation of the affirmative action policy as one piece of evidence of Defendant's wrongdoing in discriminating against Plaintiff" and that in actuality, "these counts seek relief for violations of the her rights under the First and Fourteenth Amendments."  Pl.'s Mem. Opp. Summ. J. at 6 & 7 [doc. #64].  On the basis of Ms. Chavez's clarification limiting Counts One, Two and Three to alleged violations of the First and Fourteenth Amendments and eschewing any claim for relief for alleged violations of MDC's affirmative action policy, the Court denies MDC's motion for summary

judgment on Counts One, Two and Three.

The MDC also moves for summary judgment on Ms. Chavez's claims for punitive damages on the ground that punitive damages are not available against a municipal corporation such as the MDC under 42 U.S.C. § 1983.  *See DiSorbo v. Hoy,* 343 F.3d 172, 182 (2d Cir. 2003) ("[P]unitive damages may not be awarded against a municipality.") (citing *City of Newport v. Fact Concerts, Inc.*, 453 U.S. 247, 271 (1981) and *Morris v. Lindau*, 196 F.3d 102, 112 (2d Cir. 1999)).  The Court agrees and Ms. Chavez makes no assertions to the contrary in her opposition brief.  Therefore, the Court grants summary judgment in favor of the MDC on Ms. Chavez's claim for punitive damages.

In conclusion, the Court DENIES Defendant's Motion for Summary Judgment [**doc. #61**] on Counts One, Two and Three of the Complaint and GRANTS the motion with respect to Plaintiff's claim for punitive damages.

IT IS SO ORDERED.

/s/      Mark R. Kravitz      
United States District Judge

Dated at New Haven, Connecticut: <u>December 20, 2004</u>