UNITED STATES DISTRICT COURT FILED
DISTRICT OF CONNECTICUT

2005 JAN 25 P 3: 20

U.S. DISTRICT COURT
NEW HAVEN, CT

DAISY CHAVEZ

VS.                                                No. 3:02CV458(MRK)

METROPOLITAN DISTRICT
COMMISSION

APPEARANCE

Please enter the appearance on behalf of Plaintiff Daisy Chavez of:

Francis A. Miniter
Miniter and Associates
100 Wells Street, Suite 1D
Hartford, CT 06103
phone 860-560-2590
fax     860-560-3238
email: miniter@attglobal.net
Fed. ID No. CT09566

Francis A. Miniter

## CERTIFICATION OF SERVICE

The undersigned does hereby certify that a true copy of the foregoing was mailed, postage prepaid, regular mail, through the U.S. Postal Service, to the following persons of record in this case, on this 21st day of January, 2005:

David A. Ryan
Holly Quackenbush Darin
Ryan & Ryan LLC
900 Chapel Street, suite 621
New Haven, CT 06510

Stuart E. Brown
Hassett & George, P.C.
555 Franklin Avenue
Hartford, CT 06114

_____
Francis A. Miniter