**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| DAISY CHAVEZ,<br>Plaintiff | : | CIVIL ACTION NO. 3:02CV458 (MRK)<br>and   3:03CV1112 (MRK) |
| v. | : | |
| THE METROPOLITAN DISTRICT<br>COMMISSION,<br>Defendant | : | January 27, 2005 |

*FILED 2005 JAN 28 P 3:49 U.S. DISTRICT COURT NEW HAVEN, CT*

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to United States District Court Local Rule of Civil Procedure Rule 7 (e), the undersigned respectfully requests leave to withdraw his appearance as counsel for the Plaintiff in the above-entitled matters. I represent that the Plaintiff has submitted a written request to myself and to Hassett & George, P.C. that her cases be turned over to Attorney Francis A. Miniter (Fed. Bar No. CT09566) of Miniter and Associates in Hartford, Connecticut. As requested by the client, we have provided our entire files on these cases to Attorney Miniter. Notice of the present motion has been sent via certified mail to the Plaintiff, Daisy Chavez, at her home address, on the 27th day of January, 2005.

Wherefore, the undersigned respectfully requests that the Court grant permission to withdraw his appearance as counsel upon the filing of the Appearance by Attorney Miniter.

                        RESPECTFULLY SUBMITTED,
                        PLAINTIFF, DAISY CHAVEZ

By: _____
Robert W. Heagney (ct 5658) and
Stuart E. Brown, Esq. (ct 24659)
Hassett & George, P.C.
555 Franklin Avenue
Hartford, Connecticut 06114
(860) 296-2111

Hartford, CT 06114

David A. Ryan
Holly Quackenbush Darin
Ryan & Ryan, LLC
900 Chapel Street, Suite 621
New Haven, CT 06510

Francis A Miniter
Miniter and Associates
100 Wells Street, Suite 1D
Hartford, CT 06103

    I hereby certify that a copy of the foregoing has been sent via certified mail, return receipt requested, this 27th day of January, 2005 to the following party: