UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAISY CHAVEZ, | : | CIVIL ACTION NO. 3:02CV458 (MRK) |
| Plaintiff | : | and    3:03CV1112 (MRK) |
| | : | |
| v. | : | |
| | : | |
| THE METROPOLITAN DISTRICT | : | |
| COMMISSION, | : | |
| Defendant | : | February 2, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to United States District Court Local Rule of Civil Procedure Rule 7 (e), Attorney Robert W. Heagney respectfully requests leave to withdraw his appearance as counsel for the Plaintiff in the above-entitled matters. I represent that the Plaintiff has submitted a written request to myself and to Hassett & George, P.C. that her cases be turned over to Attorney Francis A. Miniter (Fed. Bar No. CT09566) of Miniter and Associates in Hartford, Connecticut. As requested by the client, we have provided our entire files on these cases to Attorney Miniter. Notice of the present motion has been sent via certified mail to the Plaintiff, Daisy Chavez, at her home address, on the 2nd day of February, 2005.

Wherefore, the undersigned respectfully requests that the Court grant permission to withdraw his appearance as counsel upon the filing of the Appearance by Attorney Miniter.

                              RESPECTFULLY SUBMITTED,
                              PLAINTIFF, DAISY CHAVEZ

By: _____
     Robert W. Heagney (ct 5658) and
     Stuart E. Brown, Esq. (ct 24659)
     Hassett & George, P.C.
     555 Franklin Avenue
     Hartford, Connecticut 06114
     (860) 296-2111

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed this 2nd day of February, 2005 to the following counsel of record:

Anthony J. Palermino, Esq.
Law Offices of Anthony J. Palermino
945 Wethersfield Avenue
Hartford, CT 06114

David A. Ryan
Holly Quackenbush Darin
Ryan & Ryan, LLC
900 Chapel Street, Suite 621
New Haven, CT 06510

Francis A Miniter
Miniter and Associates
100 Wells Street, Suite 1D
Hartford, CT 06103

I hereby certify that a copy of the foregoing has been sent via certified mail, return receipt requested, this 2nd day of February, 2005 to the following party:

Daisy Chavez
547 Simsbury Road
Bloomfield, CT 06002

_____
Stuart E. Brown