UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| DAISY CHAVEZ | : | |
| | : | No. 3:02CV458(MRK) |
| VS. | : | |
| | : | |
| METROPOLITAN DISTRICT COMMISSION | : | |
| | : | |

**PLAINTIFF'S PROPOSED VERDICT FORM**

I. **SECTION 1983 EQUAL PROTECTION**

1. Has Ms. Chavez proven by a preponderance of the evidence that she was treated differently than others who were similarly situated to her on the basis of either race or gender or ethnicity or national origin?

　　　　　　 Yes　　　　　　　 No

If you answered "yes" to Question 1, proceed to Question 2.
If you answered "no" to Question 1, skip to Question 1, Section II.

2. Has Ms. Chavez proven by a preponderance of the evidence that she suffered an adverse employment action?

　　　　　　 Yes　　　　　　　 No

If you answered "yes" to Question 2, proceed to Question 3.
If you answered "no" to Question 2, proceed to Question 1, Section II..

3. Has Ms. Chavez proven by a preponderance of the evidence that Defendant caused one or more such adverse employment actions?

_____ Yes            _____ No

If you answered "yes" to Question 3, proceed to Question 4.
If you answered "no" to Question 3, proceed to Question 1, Section II.

4. Has Ms. Chavez proven by a preponderance of the evidence that any of the adverse employment actions caused by Defendants was the proximate cause of damages sustained by her?

_____ Yes            _____ No

If you answered "yes" to Question 4, proceed to Question 5.
If you answered "no" to Question 4, proceed to Question 1, Section II.

5. If you checked "yes" to Question 4, What amount of money will reasonably compensate Ms. Chavez for the damages that she has suffered as a result of such adverse employment action?

II. **SECTION 1981**

1. Has Ms. Chavez proven by a preponderance of the evidence that she was treated differently than others who were similarly situated to her on the basis of either race?

_____ Yes            _____ No

If you answered "yes" to Question 1, proceed to Question 2.
If you answered "no" to Question 1, skip to Question 1, Section III.

2. Has Ms. Chavez proven by a preponderance of the evidence that she suffered an adverse employment action?

_____ Yes            _____ No

If you answered "yes" to Question 2, proceed to Question 3.

If you answered "no" to Question 2, proceed to Question 1, Section III.

3. Has Ms. Chavez proven by a preponderance of the evidence that Defendant caused one or more such adverse employment actions?

_____ Yes        _____ No

If you answered "yes" to Question 3, proceed to Question 4.
If you answered "no" to Question 3, proceed to Question 1, Section III.

4. Has Ms. Chavez proven by a preponderance of the evidence that any of the adverse employment actions caused by Defendants was the proximate cause of damages sustained by her?

_____ Yes        _____ No

If you answered "yes" to Question 4, proceed to Question 5.
If you answered "no" to Question 4, proceed to Question 1, Section III.

5. If you checked "yes" to Question 4, What amount of money will reasonably compensate Ms. Chavez for the damages that she has suffered as a result of such adverse employment action?

III. **42 U. S. CODE §§2000e et seq. DISCRIMINATION IN EMPLOYMENT**

1. Has Ms. Chavez proven by a preponderance of the evidence that she was treated differently than others who were similarly situated to her on the basis of either race or gender or ethnicity or national origin?

_____ Yes        _____ No

If you answered "yes" to Question 1, proceed to Question 2.
If you answered "no" to Question 1, skip to Question 1, Section IV.

2. Has Ms. Chavez proven by a preponderance of the evidence that she suffered an adverse employment action?

    _____ Yes     _____ No

If you answered "yes" to Question 2, proceed to Question 3.
If you answered "no" to Question 2, proceed to Question 1, Section IV.

3. Has Ms. Chavez proven by a preponderance of the evidence that Defendant caused one or more such adverse employment actions?

    _____ Yes     _____ No

If you answered "yes" to Question 3, proceed to Question 4.
If you answered "no" to Question 3, proceed to Question 1, Section IV.

4. Has Ms. Chavez proven by a preponderance of the evidence that any of the adverse employment actions caused by Defendants was the proximate cause of damages sustained by her?

    _____ Yes     _____ No

If you answered "yes" to Question 4, proceed to Question 5.
If you answered "no" to Question 4, proceed to Question 1, Section IV.

5. If you checked "yes" to Question 4, What amount of money will reasonably compensate Ms. Chavez for the damages that she has suffered as a result of such adverse employment action?

I. **42 U. S. CODE §§2000e et seq - RETALIATION**

1. Has Ms. Chavez proven by a preponderance of the evidence that she suffered retaliation from Defendant from having taken protected actions?

      _____ Yes      _____ No

If you answered "yes" to Question 1, proceed to Question 2.
If you answered "no" to Question 1, proceed to the end of the questionnaire.

2.   Has Ms. Chavez proven by a preponderance of the evidence that the retaliation by Defendants was the proximate cause of damages sustained by her?

      _____ Yes      _____ No

If you answered "yes" to Question 2, proceed to Question 3.
If you answered "no" to Question 4, proceed to the end of the Questionnaire.

3.   If you checked "yes" to Question 2, What amount of money will reasonably compensate Ms. Chavez for the damages that she has suffered as a result of such adverse employment action?

III.   CONCLUSION

You have now completed the verdict form for Plaintiff Chavez. Please have your foreperson date and sign this verdict form.

_____

Date                                                      Jury Foreperson