UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DAISY CHAVEZ

VS.

METROPOLITAN DISTRICT
COMMISSION

No. 3:02CV458(MRK)

**PLAINTIFF'S SUPPLEMENTAL PROPOSED VOIR DIRE QUESTIONS**

35. Do you have an opinion on people who bring lawsuits alleging race discrimination?

36. Do you have an opinion on people who bring lawsuits alleging gender discrimination?

37. Do you have an opinion on people who were born in other countries working in the United States of America?

PLAINTIFF
DAISY CHAVEZ

By _____
Francis A. Miniter
Miniter and Associates
100 Wells Street, Suite 1D
Hartford, CT 06103
phone 860-560-2590
fax    860-560-3238
email: miniter@attglobal.net
Fed. ID No. CT09566