UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAISY CHAVEZ, | : | DOCKET NO. 3:02CV458 (MRK) |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| THE METROPOLITAN DISTRICT | : | |
| COMMISSION, | : | |
|     Defendant | : | February 10, 2005 |

**DEFENDANT'S MOTION IN LIMINE**
**TO PRECLUDE NON-EXPERT EVIDENCE OF MEDICAL CONDITION**

The Defendant, Metropolitan District Commission (hereafter the "Defendant MDC") moves in limine to preclude evidence or testimony offered or sought by the Plaintiff, Daisy Chavez (hereafter the "Plaintiff Chavez") with regard to her alleged medical condition, Diverticulitis and the alleged cause thereof.

The Defendant MDC objects to the admission of such evidence at trial on the grounds that: (1) the Plaintiff has not indicated an intention to support her allegation that her alleged condition, Diverticulitis, was caused by the Defendant MDC's actions with expert testimony or other expert evidence, and (2) testimony or evidence regarding the Plaintiff Chavez's specific medical condition and the potential causes thereof is beyond the knowledge of the average layperson. For these reasons, as more fully set forth in the Defendant's Memorandum of Law in Support of Its Motion In

Limine submitted herewith, the Defendant MDC moves to preclude evidence or testimony regarding the Plaintiff's alleged medical condition, Diverticulitis and the alleged cause thereof.

THE DEFENDANT,
THE METROPOLITAN
DISTRICT COMMISSION

BY_____
    David A. Ryan, Jr. (ct. 05064)
    Holly Quackenbush Darin (ct10183)
    Ryan & Ryan, LLC
    900 Chapel Street
    Suite 621
    New Haven, CT  06510
    -Its Attorneys-

### **CERTIFICATION**

The undersigned hereby certified that the foregoing was mailed, first class, postage prepaid, this 10th day of February 2005 to all counsel and pro se parties of record as listed below:

Francis A. Miniter
Miniter and Associates
100 Wells Street, Suite 1D
Hartford, CT  06103

_____
Holly Quackenbush Darin

2