UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAISY CHAVEZ, | : | DOCKET NO. 3:02CV458 (MRK) |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| THE METROPOLITAN DISTRICT | : | |
| COMMISSION, | : | |
| Defendant | : | February 10, 2005 |

**DEFENDANT'S MOTION IN LIMINE**
**TO PRECLUDE LEVY & DRONEY REPORT**

The Defendant, Metropolitan District Commission (hereafter the "Defendant MDC") moves in limine to exclude from evidence a document entitled "Compliance Audit of Employment Practices of the Metropolitan District Commission Undertaken by Legal Counsel, dated March 15, 2002" (hereinafter Levy & Droney Report") and to preclude any testimony relating to the contents thereof on the basis that: (1) the Plaintiff has not listed any witness who can authenticate the report; (2) the Levy & Droney Report is irrelevant to the claims of the Plaintiff; (3) the Levy & Droney Report is based on and contains inadmissible hearsay; and (4) its probative value, if any, is outweighed by unfair prejudice.

For these reasons, as more fully set forth in the Defendant's Memorandum of Law in Support of Its Motion In Limine submitted herewith, the Defendant MDC moves to exclude from evidence the Levy & Droney Report.

1

                                            THE DEFENDANT,
                                            THE METROPOLITAN
                                            DISTRICT COMMISSION

                                    BY_____
                                        Holly Quackenbush Darin (ct10183)
                                        David A. Ryan, Jr. (ct. 05064)
                                        Ryan & Ryan, LLC
                                        900 Chapel Street
                                        Suite 621
                                        New Haven, CT  06510
                                        -Its Attorneys-


## **CERTIFICATION**

       The undersigned hereby certified that the foregoing was mailed, first class, postage prepaid, this 10th day of February 2005 to all counsel and pro se parties of record as listed below:

Francis A. Miniter
Miniter and Associates
100 Wells Street, Suite 1D
Hartford, CT  06103

                                            _____
                                            Holly Quackenbush Darin