**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| DAISY CHAVEZ, | : | DOCKET NO. 3:02CV458 (MRK) |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| THE METROPOLITAN DISTRICT | : | |
| COMMISSION, | : | |
|     Defendant | : | FEBRUARY 10, 2004 |

**DEFENDANT MDC'S MOTION IN LIMINE**
**TO PRECLUDE AND/OR LIMIT EVIDENCE**
**OF ALLEGED RETALIATION**

The Defendant, Metropolitan District Commission (hereinafter the "Defendant MDC") moves to preclude evidence by the Plaintiff of any retaliatory conduct which occurred prior to August 9, 2001 and to limit evidence of any alleged retaliatory conduct by the Defendant to conduct and incidents occurring after August 9, 2001.

The Defendant MDC submits that by virtue of the Court's Memorandum of Decision dated June 1, 2004 granting the Defendant's Motion for Summary Judgment on the Plaintiff's retaliation claim in <u>Chavez v. The Metropolitan District Commission</u>, 3:03 CV 00458 (MRK), (Chavez 1), the Plaintiff is barred by res judicata and collateral estoppel from relying upon such evidence in <u>Chavez v. The Metropolitan District Commission</u> 3:03CV01112(MRK) ("Chavez 2")..

In support of this Motion in Limine, the Defendant MDC submits the attached Memorandum of Law.

                        THE DEFENDANT
                        METROPOLITAN DISTRICT
                        COMMISSION


      By:_____
          David A. Ryan, Jr. (ct05064)
          Holly Quackenbush Darin  (ct10183)
          Ryan & Ryan, LLC
          900 Chapel Street, Suite 621
          New Haven, CT 06510
          (203) 752-9794
          Its Attorneys

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed, postage prepaid this 10th day of February, 2005 to the following counsel of record:

Francis A. Miniter
Miniter and Associates
100 Wells Street, Suite 1D
Hartford, CT  06103


                                      _____
                                      David A. Ryan, Jr.