UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAISY CHAVEZ | : | |
| | : | |
| Plaintiff, | : | |
| | : | No. 3:02CV458 (MRK) |
| v. | : | |
| | : | |
| METROPOLITAN DISTRICT COMMISSION | : | |
| | : | |
| | : | |
| Defendant. | | |

**ORDER**

The parties having conferred in open court at an on-the-record pre-trial conference on February 24, 2005, the Court enters the following orders and sets the following revised schedule:

1. The Court hereby GRANTS Defendant's Motion in Limine to Preclude Non-Expert Evidence of Medical Condition [**doc. #75**].  Ms. Chavez's testimony regarding her medical condition will be limited as agreed to by the parties at the pre-trial conference.

2. Jury selection will take place on **May 3, 2005 at 9:30 a.m.** in Courtroom #4.  Jury selection in this case previously scheduled to take place on March 1, 2005 is canceled.

3. Trial will commence in this case at **9:00 a.m. on May 31, 2005**.  The jury trial in this case previously scheduled to begin on March 7, 2005 is canceled.

4. An evidentiary hearing will be held on **March 7, 2005** at 9:30 am to address the admissibility of the Levy & Droney report.  The parties will file simultaneous briefs on this issue on or before **March 11, 2005**.

5. Plaintiff will respond to Defendant's Motion in Limine to Preclude Evidence and/or Limit Evidence of Alleged Retaliation [doc. #79] on or before **March 11, 2005**.  Defendant shall file a reply brief on or before **March 18, 2005**.

6. The parties will file simultaneous briefs addressing statute of limitations issues no later than **March 11, 2005**.

7. Plaintiff will file a memorandum addressing whether Defendant is required to maintain an affirmative action policy, and the relevance of that issue, on or before **March 11, 2005**.  Defendant shall respond on or before **March 18, 2005**.

IT IS SO ORDERED.


/s/    Mark R. Kravitz
United States District Judge


Dated at New Haven, Connecticut: **February 25, 2005**.