# United States District Court

DISTRICT OF Connecticut

Chavez
v.
Metropolitan District Commission

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:02CV458(mrK)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mark R. Kravitz | Francis A Miniter | Holly Darin, David Ryan, Jr. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 3/7/2005 | Thea Finkelstein | Ken Ghilardi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 3/7/05 | | ✓ | #1. Levy & Proney Report |
| | | 3/7/05 | | ✓ | #2 Meeting Minutes |
| | | 3/7/05 | | ✓ | #3 Page of minutes of PPI Apr 15 2002 |
| | | 3/7/05 | | ✓ | #4 Meeting minutes 6/17/2002 |
| | | 3/7/05 | | ✓ | #5 Hartford Courant article |

I David Ryan have retained the original copies of these Exhibits (1-5) in my New Haven office.
3/7/05

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages