UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAISY CHAVEZ | : | |
| | : | |
| Plaintiff, | : | |
| | : | No. 3:02CV458 (MRK) |
| v. | : | |
| | : | |
| METROPOLITAN DISTRICT COMMISSION | : | |
| | : | |
| Defendant. | : | |

## ORDER

The parties having conferred in open court on March 7, 2005, the Court sets the following revised schedule:

1. Plaintiff will respond to Defendant's Motion in Limine to Preclude Evidence and/or Limit Evidence of Alleged Retaliation [doc. #79] on or before **March 21, 2005**. Defendant shall file a reply brief on or before **March 28, 2005**.

2. Plaintiff will file a memorandum addressing statute of limitations issues no later than **March 21, 2005**. Defendant shall respond on or before **March 28, 2005**.

3. Plaintiff will file a memorandum addressing whether Defendant is required to maintain an affirmative action policy, and the relevance of that issue, on or before **March 21, 2005**. Defendant shall respond on or before **March 28, 2005**.

4. On or before **May 3, 2005**, the parties will file the following items:

    (a) Critiques of the opposing side's proposed jury instructions and verdict form.

    (b) A list of core issues in this case, preferably jointly prepared, to be included as part of the Court's preliminary jury instructions.

    (c) If possible, a stipulation regarding the relevant salary ranges for the positions Mr. Chavez claims that she applied for, but was denied.

IT IS SO ORDERED.

/s/   Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: **March 7, 2005**.