**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| DAISY CHAVEZ | : | |
| | : | No. 3:02CV458(MRK) |
| VS. | : | |
| | : | |
| METROPOLITAN DISTRICT COMMISSION | : | March 11, 2005 |
| | : | |

**MOTION TO AMEND JOINT PRE-TRIAL MEMORANDUM**
**BY ADDITION OF DOCUMENTS**

Plaintiff hereby moves to amend the Joint Pre-Trial Memorandum by addition of the following documents, each of which was used in the hearing of March 7, 2005:

65. Minutes of Personnel, Pension and Insurance Committee of the MDC, April 15, 2005, pages 99 - 105;

66. Minutes of Personnel, Pension and Insurance Committee of the MDC, June 17, 2005, pages 168 - 196;

67. Minutes of the Metroplitan District Commission, July 8, 2002, pages 283 - 288.

PLAINTIFF
DAISY CHAVEZ

By_____
    Francis A. Miniter
    Miniter and Associates
    100 Wells Street, Suite 1D
    Hartford, CT 06103
    phone 860-560-2590
    fax    860-560-3238
    email: miniter@attglobal.net
    Fed. ID No. CT09566

CERTIFICATION OF SERVICE

      The undersigned does hereby certify that a true copy of the foregoing together with all attachments thereto was delivered to the following counsel of record by placing the same in the U.S. Postal Service, regular mail, postage prepaid, on March 11, 2005:

Holly Quackenbush Darin, Esq.
David Ryan, Esq.
Ryan & Ryan
900 Chapel Street, Suite 621
New Haven, CT  06510

                                                                 Francis A. Miniter