in personnel, which has come to be regarded by many as a woman's job.

6. When the position of Assistant to the Director of Water Supply, a Grade 15 position, was posted in May, 1998, I therefore decided to apply for it, resolving that enough was enough and I would no longer allow the MDC to keep the glass ceiling in place. I knew the risks as previously Sharon Harper suffered retaliation and was fired after seeking a promotion.

7. Not only was I rejected as unqualified, despite my education and experience, which I believe met the standards for consideration for the position, within a few months after the rejection, on or about September 23, 1998, retaliation began, and was blatantly so as it came with no cause or discipline.

8. Until that time I was the Administrator of Customer Service. In that position, I had (a) a job description, (b) nineteen (19) people reporting to me, and (c) a departmental budget to administer. When, on September 23, 1998, I was assigned to a "temporary" non-existent special assignment, I now had (a) no job description, (b) no one reporting to me, (c) no budget with which to work, and (d) no work. I was effectively sidelined for applying for a promotion. There was no desk and the area to which I reported were filthy and in disarray.

9. For much of the time that I worked in this exile, I was allowed to perform only clerical work, I was deprived of an office, required to work in an open space. When Lebert Thomas provided me a decent working environment with a cubicle, his decision was reversed within an hour and I was ordered back to the place I had occupied.

10. In 2001, I sought to move to an empty window area cubicle when space on the floor was being reorganized. I was told no. The space remained vacant. As recently as last week, Mr. Moore, in response to my request for a window seat, stated, "Yeah, a car window seat."

been denied. In 2001 and again in 2002, the MDC even delayed, hindered and derailed my consideration for positions to which I applied by questioning my educational credentials, credentials they knew about for years.

18. Except for a brief period in 2002, my attendance at staff meetings has been stopped since 1998. I am simply not on the lists any more. On one occasion, when I thought I should attend, I was told at the door that I was not needed and that I should leave.

19. I have read the Memorandum of Decision of Judge Kravitz in the first of the two companion cases - 3:02cv458, and in particular the statement that:

> Indeed, in Ms. Chavez's deposition, which the Court has reviewed in connection with the pending motions, Ms. Chavez states that she has no idea why Defendant allegedly retaliated against her.

The Court completely missed what I was trying to say. I know THAT the Defendant and its senior and middle management are discriminating and retaliating against me and THAT they do so on the basis of gender, race, ethnicity, and national origin. What I do not know, and what I never know when it comes to bigots, is WHY they do what they do. That is what I was saying in the deposition.

_____
DAISY CHAVEZ

SUBSCRIBED TO AND SWORN before me
a Commissioner of the Superior Court for the
Taking of Oaths on this 21st day of March, 2005.

_____
Francis A. Miniter

4