# The Metropolitan District
## Job Posting Application

The District's job posting process provides equal opportunity to all persons, regardless of race, color, religion, age, marital or veteran's status, sex, national origin, disability, or any other legally protected status.

Reviewed By:

☐ Ed  ☐ Exp  ☐ <1 Year
☐ Atten  ☐ Review  ☐ Other

The screening process will consist of an evaluation of relevant education, training, and work experience as listed on this application (attachments will also be considered). It is essential that you provide sufficient details so that your qualifications may be properly evaluated. **INCOMPLETE APPLICATIONS MAY BE RETURNED TO THE APPLICANT WITHOUT CONSIDERATION.**

| JOB APPLYING FOR: | N.O.V. #: |
|---|---|
| Assistant To The Director Of Water Treatment & Supply | # 4-98 |

Ref To _____

Rec'd    MAR 0 5 1998

☐ Note & Return  ☐ Photo ___
☐ Report  ☐ File ___

Employee Name: __Daisy Chavez__

Department: __Customer Service__   Current Supervisor's Name: __Norman LeBlanc__

Current Position: __Admin, Customer Service__   Extension: __3250__

Is there any reason why you cannot perform the duties of the job you are applying for?   ☒ No   ☐ Yes
If yes, what accommodations may be required? _____

---

Answer **Only** If Applicable To Job Applying For

Do you have a valid Connecticut Drivers License?   ☐ No   ☒ Yes

Class: __2M__   Endorsements: _____   Number: __071929807__

List any moving vehicle violation(s) you have had in the last five (5) years and how many points you currently have against you drivers license: _____

---

## EDUCATION

Circle the highest grade completed:  1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  **16**

Did you graduate from High School?   ☐ Yes   ☐ No
If No, have you passed a GED test?   ☐ Yes   ☐ No
Indicate where and when the GED was obtained: _____

List any colleges, business schools, or technical schools you have attended

| Name of School | Location | Course/Major | Dates Attended | Degree/Cert |
|---|---|---|---|---|
| Charter Oak College | Newington | Eng. Mgmt | Comp. 1986 | BS |
| University of Hartford | W. Hartford | Public Admin. | 94-96 | MPA |

Employment Experience
experience may be considered. List only ONE job in each block. You may attach additional pages.

| Employer: MDC | Work Performed (be specific) |
|---|---|
| Address: 555 Main St. | Direct a medium size staff of |
| Hartford, CT | support Tech. & clerical personnel |
| Job Title  Cust. Service Admin. | in providing service to |
| Supervisor  Norman LeBlanc   Phone # 3315 | MDC's water & sewer billing & AMR |
| Dates Worked: From: 1995    To: 1998 | system. |

| Employer: MDC | Work Performed (be specific) |
|---|---|
| Address: 555 Main St. | Supervised the Customer Relation's |
| Hartford, CT | Unit. Also directly responsible |
| Job Title  Supervisor Customer Relations | for the integration of the District's |
| Supervisor  Norman LeBlanc   Phone # 3315 | water & sewer records. Design and |
| Dates Worked: From: 1983   To: 1995 | coding of the work order system. |

| Employer: MDC | Work Performed (be specific) |
|---|---|
| Address: 555 Main St. | Drafted water & sewer record plans, sewer |
| Hartford, CT | permits & water services. Also review state |
| Job Title  Drafter | & local construction plans for conflict and |
| Supervisor  Vic Dauphinais/P.McCart  Phone # | vendor recommendations. Drafted underground |
| Dates Worked: From: 1976   To: 1980+ | srvc. locations for repairs within MDC |
|  | inferstructure. |

| Employer: MDC | Work Performed (be specific) |
|---|---|
| Address: 555 Main St. | Responsible for hiring contractors to |
| Hartford, CT | perform water & sewer work on behalf of |
| Job Title  Engineer Tech. | MDC. Obtain all local & state permits for |
| Supervisor  Robert Brindley/A. McNeil  Phone # | job & issue payments. |
| Dates Worked: From: 1976   To: 1980+ |  |

Summarize relevant special skills and qualifications acquired from employment, education or other experience not otherwise shown: foreign languages, professional licenses and their respective numbers, certificates, publications, typing ability (number of words per minute), computer programs, equipment operation, etc.

SEE ATTACH.

I certify that all statements made on or in connection with this application are true, complete and correct to the best of my knowledge. I understand that incomplete, false or inaccurate information will warrant the disqualification of this application, and my removal from the position if selected. I also understand that submitting false, incomplete or inaccurate claims as related to this application process may subject me to disciplinary measures. I further authorize the District to conduct a background check of my qualifications and education.

_____          3/2/99
Applicant Signature                Date

jobpost/March 21, 1997

SPECIAL SKILLS

From 76 to 83 I worked in the Utility Service Dept. of the Engineering and Planning Function. Currently I hold a BS Degree with a concentration in electrical/construction and a Master's Degree from the University of Hartford in Public Administration. I am fluent in Spanish and currently use those skills on a daily basis. I also hold a valid MDC License I have taken several courses in Microsoft Office. I have contributed to several articles published on AMR. I have written several papers on the Safe Drinking Water Act (for MPA)