UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 MAR 28  A 9: 49

U.S. DISTRICT COURT
NEW HAVEN, CT

DAISY CHAVEZ

VS.

No. 3:02CV458(MRK)

METROPOLITAN DISTRICT
COMMISSION

MOTION FOR EXTENSION OF TIME
TO FILE MEMORANDUM OF LAW ON ADMISSIBILITY OF
LAST AVAILABLE MDC AFFIRMATIVE ACTION PLAN

Pursuant to Local Rule 9, the Plaintiff in the above entitled matter hereby requests an extension of time in which to file a Memorandum of Law in Response to Defendant's Motion in Limine on the Admissibility of the MDC Affirmative Action Plan:

1. Plaintiff's Counsel was intensely engaged in preparing briefs on the issues of Statute of Limitations and Collateral Estoppel in this case, filed on Monday, March 21, 2005, that the third issue of the Motion in Limine regarding the Affirmative Action Plan completely slipped his mind.

2. Plaintiff's Counsel spoke with Defendant's Counsel today regarding Plaintiff's need for an extension of time and there was no objection.

There has been no prior request for extension of time regarding this brief.

WHEREFORE, Plaintiff requests an extension in which to file the Objection to the Motion to Dismiss until March 28, 2005.

1

PLAINTIFF

By _____
Francis A. Miniter
Miniter & Associates
Hartford, CT 06103
Phone 860-560-2590
Fax    860-560-3238
Email: miniter@attglobal.net
Fed. ID ct09566

## CERTIFICATION OF SERVICE

The undersigned does hereby certify that a copy of the foregoing has been mailed by regular mail, postage prepaid, through the U.S. Postal Service, on March 23, 2005 to the following persons of record:

Ryan & Ryan LLC
900 Chapel Street, Suite 621
New Haven, CT 06510

_____
Francis A. Miniter

2