## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAISY CHAVEZ, | : | CIVIL ACTION |
| | | 3:02CV458 (MRK) |
| Plaintiff | : | |
| | : | |
| V. | : | |
| | : | |
| METROPOLITAN DISTRICT | : | |
| COMMISSION, | : | |
| Defendant | : | MARCH 30, 2005 |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO AMEND JOINT PRE-TRIAL MEMORANDUM BY ADDITION OF DOCUMENTS

The Defendant, Metropolitan District Commission, hereby moves for a fifteen (15) day extension of time up to April 15, 2005, in which to file a Reply to Plaintiff's Motion to Amend Joint Pre-Trial Memorandum by Addition of Documents, which reply would otherwise be due on April 1, 2005. In support of this extension request the Defendant represents as follows:

1. The Parties have been on a briefing schedule set by the Court.

2. The Defendants received the Plaintiff's Memorandum of Law Re Obligation of MDC to Have Affirmative Action Plan on Wednesday, March 30, 2005 and are required to respond to said brief by Monday, April 4, 2005.

**ORAL ARGUMENT NOT REQUESTED**

3. The Defendants have attempted to contact Plaintiff's counsel and have not been able to ascertain their position on this matter.

WHEREFORE, the Defendant seeks a fifteen (15) day extension, up to and including April 15, 2005, in which to respond to Plaintiff's Motion to Amend Joint Pre-Trial Memorandum by Addition of Documents dated March 11, 2005.

        THE DEFENDANT
        METROPOLITAN DISTRICT
        COMMISSION

By:_____
    Holly Quackenbush Darin (ct10183)
    Ryan & Ryan, LLC
    900 Chapel Street, Suite 621
    New Haven, CT 06510
    (203) 752-9794
    holly.darin@ryan-ryan.net
    Its Attorneys

## **CERTIFICATION**

     This is to certify that a copy of the foregoing was mailed, postage prepaid this 30th day of March 2005 to the following counsel of record:

Francis A. Miniter
Miniter & Associates
100 Wells Street, Suite 1D
Hartford, Connecticut 06103

                                                                                                                        _____

                                                                                                           Holly Quackenbush Darin