UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT      FILED

| | | |
|---|---|---|
| DAISY CHAVEZ, | : | DOCKET NO. 3:02CV458 (MRK) |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| THE METROPOLITAN DISTRICT | : | |
| COMMISSION, | : | |
| Defendant | : | APRIL 4, 2005 |

### NOTICE OF MANUAL FILING

Please take notice that Defendant, The Metropolitan District Commission, has manually filed the following documents and/or items attached to the Defendant's Reply to Plaintiff's Memorandum of Law re: Obligation of MDC to Have Affirmative Action Plan as exhibits A-B respectively:

A.   Plaintiff Daisy Chavez's Proposed Exhibit 61a; and

B.   Transcript Excerpts from Rick Gomez deposition.

The documents have not been filed electronically because the electronic size of the document exceeds 1.5 megabytes.

The documents have been manually served on all parties.

THE DEFENDANT
METROPOLITAN DISTRICT
COMMISSION

By: _____
David A. Ryan, Jr. (ct05064)
Ryan & Ryan, LLC
900 Chapel Street, Suite 621
New Haven, CT 06510
(203) 752-9794
david.ryan@ryan-ryan.net
Its Attorneys

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid this 4th day of April 2005 to the following counsel of record:

Francis A. Miniter
Miniter & Associates
100 Wells Street, Suite 1D
Hartford, Connecticut 06103

David A. Ryan, Jr.