UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAISY CHAVEZ | No. 3:02CV458(MRK) |
| VS. | |
| METROPOLITAN DISTRICT COMMISSION | March 29, 2005 |

REQUEST FOR LEAVE TO FILE A
SUPPLEMENTAL MEMORANDUM OF LAW REGARDING
ADMISSIBILITY OF LEVY & DRONEY REPORT
PURSUANT TO FED. R. EVID. §801(d)(2)(C)

Plaintiff requests leave to file the attached Supplemental Memorandum of Law. The issue addressed therein is highly relevant to the question of admissibility of the Levy & Droney Report but is none the less limited in its legal scope. Plaintiff hereby consents to the allowance of time to Defendant to file a responsive Memorandum of Law.

PLAINTIFF
DAISY CHAVEZ

By _____
Francis A. Miniter
Miniter and Associates
100 Wells Street, Suite 1D
Hartford, CT 06103
phone 860-560-2590
fax    860-560-3238
email: miniter@attglobal.net
Fed. ID No. CT09566

1

## CERTIFICATION OF SERVICE

The undersigned does hereby certify that a true copy of the foregoing together with all attachments thereto was delivered to the following counsel of record by placing the same in the U.S. Postal Service, regular mail, postage prepaid, on March 30, 2005:

Holly Quackenbush Darin, Esq.
David Ryan, Esq.
Ryan & Ryan
900 Chapel Street, Suite 621
New Haven, CT 06510

_____
Francis A. Miniter

2