UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| DAISY CHAVEZ | : | |
| | : | No. 3:02CV458(MRK) |
| VS. | : | |
| | : | |
| METROPOLITAN DISTRICT COMMISSION | : | March 19, 2005 |
| | : | |

**SUPPLEMENTAL MEMORANDUM OF LAW REGARDING
ADMISSIBILITY OF LEVY & DRONEY REPORT
PURSUANT TO FED. R. EVID. §801(d)(2)(C)**

This Memorandum addresses the issue of acceptance of the Levy & Droney Report by the Metropolitan District Commission. Attached hereto are pages 4, 7, 8 , 40 through 47 from the Deposition, taken in this case, of Marilyn F. Cohen, a member of the Commission for approximately 18 years at the time of her Deposition on December 6, 2002. Pages 40 - 45 are included for the purpose of making it clear that references to a "report" are without question references to the Levy & Droney Report. On pages 46 and 47, she is asked, inter alia, at p. 46, l. 22 to p. 47, . 7:

| | | |
|---|---|---|
| p. 46, l 22 | Q. | Okay. Did the MDC Board approve all of the report? |
| | A. | Yes, it did. |
| | Q. | Did it approve the recommendations? |
| | A. | Yes, it certainly did. |
| P. 47, l. 1 | Q. | Did it direct the manager to carry out the recommendations. |
| | A. | Yes, it did. |
| | Q. | Was the manager given discretion to change the recommendations. |
| | A. | No. It was also put on our web site for our employees to read. |

This statement from a Commissioner is a statement by a person in authority to bind a party. As such it is admissible as a statement of the party as to the subject matter at hand. Fed. R. Evid.

Rule 801(d)(2)(C). Certainly, a Commissioner is in a position to state what action the Commission effectively took on a matter. The deposition was taken close to the time of events in question and, therefore, the deponent was in a good position to remember what occurred.

        PLAINTIFF
        DAISY CHAVEZ

By_____
        Francis A. Miniter
        Miniter and Associates
        100 Wells Street, Suite 1D
        Hartford, CT 06103
        phone 860-560-2590
        fax    860-560-3238
        email: miniter@attglobal.net
        Fed. ID No. CT09566

### CERTIFICATION OF SERVICE

The undersigned does hereby certify that a true copy of the foregoing together with all attachments thereto was delivered to the following counsel of record by placing the same in the U.S. Postal Service, regular mail, postage prepaid, on March 30, 2005:

Holly Quackenbush Darin, Esq.
David Ryan, Esq.
Ryan & Ryan
900 Chapel Street, Suite 621
New Haven, CT  06510

_____
        Francis A. Miniter