**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| DAISY CHAVEZ, | : | |
| | : | |
| Plaintiff, | : | |
| | : | No. 3:02CV458 (MRK) |
| v. | : | |
| | : | |
| METROPOLITAN DISTRICT | : | |
| COMMISSION, | : | |
| | : | |
| Defendant. | : | |

## RULING AND ORDER

The Court having considered the motions, requests and submissions of the various parties

in the above-captioned matter, the Court enters the following orders:

1.      Ms. Chavez's  Motion to Amend Joint Pre-Trial Memorandum by Addition of

Documents [**doc. #90**] is DENIED AS MOOT.  Ms. Chavez seeks to amend the Joint Pre-Trial

Memorandum to add three documents that were used at an evidentiary hearing held on March 7,

2005.  However, she does not provide any reason for addition of the documents she identifies in

her motion.  The Court presumes that Ms. Chavez offers these documents solely in connection

with the Levy & Droney Report which the Court has determined is inadmissible at trial.  *See*

Ruling and Order [doc. #109].  Therefore Ms. Chavez's motion appears moot.  The three

documents Ms. Chavez identified in her motion will not be admitted as evidence at trial unless

and until Ms. Chavez explains how they are relevant to her lawsuit.  However, Ms. Chavez may

mark these documents as exhibits for identification purposes only if she wishes to do so.

2.      The MDC's Objection to Plaintiff's Motion to Amend Joint Pre-Trial

Memorandum by Addition of Documents and/or Motion in Limine to Preclude and/or Limit the

Use of Such Documents [**docs. ##106-107**] is DENIED WITHOUT PREJUDICE to renewal. If

Ms. Chavez continues to seek admission of the documents at issue, the MDC may renew its

objections at that time.

      3.     Ms. Chavez's Motion to Extend Scheduling Order [**doc. #62**] is DENIED AS

MOOT.

                             IT IS SO ORDERED.

                  /s/       Mark R. Kravitz
                      United States District Judge

**Dated at New Haven, Connecticut on <u>April 28, 2005</u>**.