**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| DAISY CHAVEZ, | : | DOCKET NO. 3:02CV458 (MRK) |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| THE METROPOLITAN DISTRICT | : | |
| COMMISSION, | : | |
|     Defendant | : | May 3, 2005 |

## DEFENDANT MDC'S BULLET LIST OF ISSUES

- Was the Plaintiff Chavez qualified for the positions she sought?

- Was the Plaintiff Chavez's gender, race, and/or national origin a motivating factor prompting the Defendant MDC's decision not to promote the Plaintiff Chavez?

- Did the Defendant MDC deny the Plaintiff Chavez a promotion based upon her gender, race, and/or national origin?

- Did the Defendant MDC subject the Plaintiff Chavez to workplace conduct based upon her race, which was so severe, pervasive, or frequent that it altered the conditions of employment, created an abusive environment, and interfered with her work performance?

- Did the Defendant MDC take any material adverse employment actions against the Plaintiff Chavez as a result any action taken by the Plaintiff Chavez to protest discriminatory treatment by the Defendant MDC? In other words, did the Plaintiff Chavez suffer any

material change in the terms and conditions of her employment such as a significant change in her employment status or benefits as a result of protesting Defendant MDC's discriminatory conduct?

        THE DEFENDANT
        METROPOLITAN DISTRICT
        COMMISSION

By:_____
    Holly Quackenbush Darin (ct10183)
    Ryan & Ryan, LLC
    900 Chapel Street, Suite 621
    New Haven, CT 06510
    (203) 752-9794
    Its Attorneys

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid this 3rd day of May, 2005 to the following counsel of record:

Francis A. Miniter
Miniter and Associates
100 Wells Street, Suite 1D
Hartford, CT 06103

_____
Holly Quackenbush Darin