UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAISY CHAVEZ | : | |
| | : | No. 3:02CV458(MRK) |
| VS. | : | |
| | : | |
| METROPOLITAN DISTRICT | : | |
| COMMISSION | : | May 2, 2005 |

**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S PROPOSED VERDICT FORM**

1.   Item I.b.   Defendant's list of positions is inaccurate: (1) strike Manager of Special Engineering Problems; (2) add Assistant Director of Water Supply (1998) and Manager of Operations (May 2002).

2.   Item I.e.   It should be clear that more than one category can be checked off.

3.   Item I.f   Eliminate "intentionally discriminated". That has already been asked. To repeat it adds an unfair burden to the item re "under color of state law".

4.   Item I.h   Eliminate. Policy or custom is not a necessary element. See Plaintiff's Objection to Defendant's Proposed Jury Instructions.

5.   Item II.2.   Again the list is wrong.

6.   Item III.2.   Again the list is wrong.

7.   Items III.8 - 12   These should be a separate category from III.1 - 7. This is a separate claim that should not be confused with the other one.

1

PLAINTIFF
DAISY CHAVEZ

By _____
Francis A. Miniter, Fed. ID No. CT09566
Miniter and Associates
100 Wells Street, Suite 1D
Hartford, CT 06103
phone 860-560-2590
fax     860-560-3238
email: miniter@attglobal.net

CERTIFICATION OF SERVICE

The undersigned does hereby certify that a true copy of the foregoing together was delivered to the following counsel of record by hand delivery on May 3, 2005.:

Holly Quackenbush Darin, Esq.
David Ryan, Esq.
Ryan & Ryan
900 Chapel Street, Suite 621
New Haven, CT  06510

_____
Francis A. Miniter

2