UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAISY CHAVEZ : <br> : <br> Plaintiff, : <br> : No. 3:02CV458 (MRK) <br> v. : <br> : <br> METROPOLITAN DISTRICT : <br> COMMISSION : <br> : <br> Defendant. : | |

## ORDER TO SHOW CAUSE

The parties are ordered to show cause on or before **May 31, 2005**, why Plaintiff's 42 U.S.C. § 1981 claims are not barred by the holding of *Jett v. Dallas Indep. Sch. Dist.*, 491 U.S. 701, 735 (1989), which held that "the express 'action at law' provided by § 1983 for the 'deprivation of any rights, privileges, or immunities secured by the Constitution and laws' provides the exclusive federal damages remedy for the violation of the rights guaranteed by § 1981 when the claim is pressed against a state actor." *See also, Felton v. Polles*, 315 F.3d 470, 481-83 (5th Cir. 2002) (holding of *Jett* survives 1991 amendment of the Civil Rights Act); *Butts v. Volusia*, 222 F.3d 891, 894-95 (11th Cir. 2000) (same); *Dennis v. County of Fairfax*, 55 F.3d 151, 156-157 (4th Cir. 1995) (same); *Williams v. Little Rock Mun. Water Works*, 21 F.3d 218, 223-34 (8th Cir. 1994) (same); *Burbank v. Office of the Atty. Gen. of Conn.*, 240 F. Supp. 2d 167, 173-75 (D. Conn. 2003) (same). The parties should also indicate what effect, if any, the Plaintiff's request for injunctive relief has on her § 1981 claim.

IT IS SO ORDERED.


/s/     Mark R. Kravitz     
United States District Judge


**Dated at New Haven, Connecticut: May 26, 2005**.