UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAISY CHAVEZ, | : | DOCKET NO. 3:02CV458 (MRK) |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| THE METROPOLITAN DISTRICT | : | |
| COMMISSION, | : | |
|     Defendant | : | JUNE 2, 2005 |

**DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW**

Pursuant to Rule 50 of the Federal Rules of Civil Procedure, the Defendant, Metropolitan District Commission ("MDC"), respectfully moves for judgment as a matter of law on all counts in the Plaintiff's operative complaints. In support of this Motion, the Defendant submits the attached Memorandum of Law.

WHEREFORE, MDC respectfully requests that the Court grant its Motion for Judgment as a Matter of Law.

                                          THE DEFENDANT,
                                          THE METROPOLITAN
                                          DISTRICT COMMISSION


BY_____
                              David A. Ryan, Jr. (ct. 05064)
                              Holly Quackenbush Darin (ct. 10183)
                              Ryan & Ryan, LLC
                              900 Chapel Street
                              Suite 621
                              New Haven, CT  06510
                              -Its Attorneys-

## **CERTIFICATION**

The undersigned hereby certified that the foregoing was hand delivered this 2nd day of June 2005 to all counsel and pro se parties of record as listed below:

Francis A. Miniter
Miniter and Associates
100 Wells Street, Suite 1D
Hartford, CT  06103

_____
Holly Quackenbush Darin