UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DAISY CHAVEZ,

    Plaintiff,

v.                                          CIVIL NO. 3:02CV458 (MRK)

THE METROPOLITAN DISTRICT
COMMISSION,

    Defendant.

## VERDICT FORM

**PLEASE READ THE INSTRUCTIONS AND ANSWER THE QUESTIONS IN PART I ON LIABILITY, SECTIONS A, B, C, D, E, AND F.**

**BEFORE PROCEEDING TO ANSWER ANY QUESTIONS IN PART II ON DAMAGES, PLEASE READ THE INSTRUCTIONS FOR THAT PART AND ONLY PROCEED TO ANSWER THE QUESTIONS IN PART II IF YOU ARE REQUIRED TO DO SO BY THE INSTRUCTIONS.**

1

I.  **LIABILITY ISSUES**

A.  **HOSTILE WORK ENVIRONMENT UNDER TITLE VII**

**You must answer Questions 1, 2, each of the subsections of Question 3, and Question 4.**

Has Ms. Chavez proved by a preponderance of the evidence that:

1.  Ms. Chavez was subjected to a hostile work environment?

    ✓ YES            ___ NO

2.  There is a specific basis for attributing the conduct that created the hostile environment to her employer, the MDC?

    ✓ YES            ___ NO

3.  Any of the following was a substantial or motivating factor in the MDC's conduct?

    a.  Ms. Chavez's race?

        ___ YES            ✓ NO

    b.  Ms. Chavez's gender?

        ___ YES            ✓ NO

    c.  Ms. Chavez's national origin?

        ___ YES            ✓ NO

4.  The MDC's conduct proximately caused any injuries sustained by Ms. Chavez?

    ___ YES            ✓ NO

**Please proceed to the following page.**

2

If you answered "YES" to Questions 1, 2, any subsection of Question 3, <u>and</u> Question 4, then you have found in favor of Ms. Chavez on her claim of Hostile Work Environment Under Title VII, and you must answer the Question in Section B on the following page.

If you have answered "NO" to Question 1, 2, all subsections of Question 3, <u>or</u> Question 4, then you have found for the MDC on Ms. Chavez's claim of Hostile Work Environment under both Title VII and Section 1983. You may skip the Question in Section B on the following page and should proceed to Section C.

**B.     HOSTILE WORK ENVIRONMENT UNDER SECTION 1983**

You should answer the following question only if you answered "YES" to Questions 1, 2, any subsection of Question 3, and Question 4 in Section A.

Has Ms. Chavez proved by a preponderance of the evidence that:

The MDC employees acted pursuant to an official policy of the MDC or a governmental custom?

\_\_\_\_ YES                                      \_\_\_\_ NO


If you answered "YES" to the Question above, then you have found in favor of Ms. Chavez on her claim of Hostile Work Environment Under Section 1983.

If you have answered "NO" to the Question above, then you have found in favor of the MDC on Ms. Chavez's claim of Hostile Work Environment under Section 1983.

Please proceed to Section C on the following page.

C. **FAILURE TO PROMOTE UNDER TITLE VII**

**You must answer each of the subsections of Questions 1, 2 and 3.**

Has Ms. Chavez proved by a preponderance of the evidence that:

1. Ms. Chavez's <u>race</u> was a substantial or motivating factor in the MDC's decision not to promote her to any position below?

   a. Manager of Water Supply

   ____ YES       ✓ NO

   b. Manager of Treasury

   ____ YES       ✓ NO

   c. Manager of Utility Services

   ____ YES       ✓ NO

   d. Manager of Operations

   ____ YES       ✓ NO

   e. Manager of Environment, Health & Safety

   ____ YES       ✓ NO

   f. Assistant Manager of Operations

   ____ YES       ✓ NO

**Please answer Question 2 on the following page.**

5

Has Ms. Chavez proved by a preponderance of the evidence that:

2. Ms. Chavez's <u>gender</u> was a substantial or motivating factor in the MDC's decision not to promote her to any position below?

    a. Manager of Water Supply

        ___ YES      ✓ NO

    b. Manager of Treasury

        ___ YES      ✓ NO

    c. Manager of Utility Services

        ___ YES      ✓ NO

    d. Manager of Operations

        ___ YES      ✓ NO

    e. Manager of Environment, Health & Safety

        ___ YES      ✓ NO

    f. Assistant Manager of Operations

        ___ YES      ✓ NO

**Please answer Question 3 on the following page.**

Has Ms. Chavez proved by a preponderance of the evidence that:

3. Ms. Chavez's <u>national origin</u> was a substantial or motivating factor in the MDC's decision not to promote her to any position below?

    a. Manager of Water Supply

        ____ YES     ✓ NO

    b. Manager of Treasury

        ____ YES     ✓ NO

    c. Manager of Utility Services

        ____ YES     ✓ NO

    d. Manager of Operations

        ____ YES     ✓ NO

    e. Manager of Environment, Health & Safety

        ____ YES     ✓ NO

    f. Assistant Manager of Operations

        ____ YES     ✓ NO

**If you have answered "YES" to Questions 1, 2, <u>or</u> 3 above with respect to <u>any</u> of the six positions (a through f) that Ms. Chavez applied for, then you must answer Question 4 on the following page.**

**If you have answered "NO" to Questions 1, 2, <u>and</u> 3 above with respect to <u>all</u> six positions (a through f) that Ms. Chavez applied for, then you have found in favor of the MDC on Ms. Chavez's claim for Failure to Promote under Title VII and Section 1983. You may skip both Question 4 on the following page and the Question in Section D, and should proceed to Section E.**

Has Ms. Chavez proved by a preponderance of the evidence that:

4. The MDC's failure to promote her to any of the six positions for which you answered "YES" to Questions 1, 2, or 3 caused any injuries sustained by Ms. Chavez?

___ YES     ___ NO

**If you have answered "YES" to Questions 1, 2 or 3 with respect to any of the six positions (a through f) that Ms. Chavez applied for, and you have also answered "YES" to Question 4, then you have found in favor of Ms. Chavez on her Failure to Promote claim under Title VII with respect to that position, and you should answer the Question in Section D for that position on the following page.**

**If you have answered "NO" to Question 4, then you have found in favor of the MDC on Ms. Chavez's Failure to Promote claim under both Title VII, and Section 1983, and you may skip the Question in Section D on the following page. Please proceed to Section E.**

D. **FAILURE TO PROMOTE UNDER SECTION 1983**

Has Ms. Chavez proved by a preponderance of the evidence that:

The MDC employees acted pursuant to an official policy of the MDC or a governmental custom, with respect to any position listed below?

> **You should answer this question only if you answered "YES" to both Question 4 and to Question 1a, 2a or 3a in Section C.**

    a.    Manager of Water Supply

        \_\_\_\_ YES        \_\_\_\_ NO

> **You should answer this question only if you answered "YES" to both Question 4 and to Question 1b, 2b or 3b in Section C.**

    b.    Manager of Treasury

        \_\_\_\_ YES        \_\_\_\_ NO

> **You should answer this question only if you answered "YES" to both Question 4 and to Question 1c, 2c or 3c in Section C.**

    c.    Manager of Utility Services

        \_\_\_\_ YES        \_\_\_\_ NO

> **You should answer this question only if you answered "YES" to both Question 4 and to Question 1d, 2d or 3d in Section C.**

    d.    Manager of Operations

        \_\_\_\_ YES        \_\_\_\_ NO

> **You should answer this question only if you answered "YES" to both Question 4 and to Question 1e, 2e or 3e in Section C.**

    e.    Manager of Environment, Health & Safety

        \_\_\_\_ YES        \_\_\_\_ NO

**You should answer this question only if you answered "YES" to both Question 4 and to Question 1f, 2f or 3f in Section C.**

f.   Assistant Manager of Operations

\_\_\_ YES          \_\_\_ NO

**If you answered "YES" to the above Question for any of the six positions (a through f) that Ms. Chavez applied for, then you have found in favor of Ms. Chavez on her Failure to Promote claim under Section 1983 with respect to that position.**

**If you answered "NO" to the above question for any of the six positions (a through f) that Ms. Chavez applied for, then you have found in favor of the MDC on Ms. Chavez's Failure to Promote claim under Section 1983 with respect to that position.**

**Please proceed to Section E on the following page.**

E.  **HOSTILE WORK ENVIRONMENT UNDER SECTION 1981**

   **You must answer Questions 1, 2, 3 <u>and</u> 4.**

   Has Ms. Chavez proved by a preponderance of the evidence that:

   1. Ms. Chavez was subjected to a racially hostile work environment?

      ____ YES          ✓ NO

   2. There is a specific basis for attributing the conduct that created the hostile environment to her employer, the MDC?

      ____ YES          ✓ NO

   3. Ms. Chavez's <u>race</u> was a substantial or motivating factor in the MDC's conduct?

      ____ YES          ✓ NO

   4. The MDC's conduct proximately caused any injuries sustained by Ms. Chavez?

      ____ YES          ✓ NO

   **If you answered "YES" to Questions 1, 2, 3 <u>and</u> 4, then you have found in favor of Ms. Chavez on her claim for Hostile Work Environment under Section 1981.**

   **If you answered "NO" to Questions 1, 2, 3 <u>or</u> 4, then you have found in favor of the MDC on Ms. Chavez's claim for Hostile Work Environment under Section 1981.**

   **Please proceed to Section F on the following page.**

F. **FAILURE TO PROMOTE UNDER SECTION 1981**

Has Ms. Chavez proved by a preponderance of the evidence that:

1. Ms. Chavez's race was a substantial or motivating factor in the MDC's decision not to promote her to any of the six positions that she applied for?

**Your answer to Question 1 in Section C will serve as your answer to this Question as well. If you answered "YES" to Question 1 in Section C with respect to any of the six positions (a through f) that Ms. Chavez applied for then you must answer Question 2 on the following page.**

**If you answered "NO" to Question 1 in Section C with respect to all six positions (a through f) that Ms. Chavez applied for, then you have found in favor of the MDC on Ms. Chavez's Failure to Promote claim under Section 1981 and you may skip Question 2 on the following page. Please proceed to Part II on Damages.**

**You should answer Question 2 only if you answered "YES" to Question 1 in Section C with respect to at least one of the six positions (a through f) that Ms. Chavez applied for.**

Has Ms. Chavez proved by a preponderance of the evidence that:

2.      The MDC's failure to promote her to any of the six positions for which you answered "YES" to Question 1 in Section C caused any injuries sustained by Ms. Chavez?

        \_\_\_\_ YES                          \_\_\_\_ NO

**If you answered "YES" to Question 1 in Section C with respect to any of the six positions (a through f) that Ms. Chavez applied for, and you also answered "YES" to Question 2, then you have found in favor of Ms. Chavez on her claim for Failure to Promote under Section 1981 with respect to that position.**

**If you answered "NO" to Question 2, then you have found in favor of the MDC on Ms. Chavez.'s claim for Failure to Promote under Section 1981.**

**Please proceed to Part II on Damages.**

**II.    DAMAGES ISSUES**

Only proceed to answer the questions in this Part II if you have found for Ms. Chavez on any one or more of her claims in Part I.

If you have found for the MDC on all of Ms. Chavez's claims in Part I, then you may skip Part II and you should proceed to the Conclusion of Deliberations on the final page (p. 15).

**A.    ECONOMIC DAMAGES**

Please fill in a dollar amount for Ms. Chavez's economic damages:

Economic Damages:              $_____


**B.    NON-ECONOMIC DAMAGES**

Please fill in a dollar amount for Ms. Chavez's NON-economic damages:

Non-economic Damages:          $_____



Please do not proceed to Section C, Nominal Damages, if you have inserted a monetary value for either economic or non-economic damages above.


**C.    NOMINAL DAMAGES**

If you find in favor of Ms. Chavez on any of her claims in this case, but you find that Ms. Chavez's damages have no monetary value, then place an "X" next to Nominal Damages below.

Nominal Damages:               _____

Please proceed to the Conclusion of Deliberations on the following page.

### III.  CONCLUSION OF DELIBERATIONS

Your deliberations are now complete, and you should have your jury foreperson note the date and time below and sign in the space provided. You should return your completed Verdict Form to the Court.

6/6/05        3:15   A.M./**P.M.**            _[signature]_
**Date**      **Time**                        **Foreperson (please sign)**