# United States District Court

DISTRICT OF _____

Chavez
v.
metropolitan
District Commission

EXHIBIT AND WITNESS LIST

CASE NUMBER: 3:02 cv 458(mrk)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mark R. Kravitz | Francis A. Miniter | David Ryan, Jr. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/31/05 – | Thea Finkelstein | Ken Ghilardi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | 6/1/05 | court exh #1 Draft Jury Instructions 5/24/05 |
| | | | | 6/2/05 | court exh #2 Draft Verdict Form 5/31/05 |
| | | | | 6/3/05 | court exh #3 Draft Jury Instructions 6/1/05 |
| | | | | 6/3/05 | court exh #4 Draft Verdict Form 6/2/05 |
| | | | | 6/3/05 | court exh #5 Draft pages of instruction 6/2/05 |
| | | | | 6/6/05 | court exh #6 Final Jury Instruction |
| | | | | 6/6/05 | Court exh #7 Jury Note |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages

[FILED 2005 JUN -6 P 4:21 U.S. DISTRICT COURT NEW HAVEN, CT]