Daisy Chavez
v.
Metropolitan District Commission
3:02 cv 458 (MRK)

## INDEX TO PLAINTIFF'S EXHIBITS

1. Daisy Chavez performance evaluations 1986-1995, 1999-2001 from Daisy Chavez' MDC personnel file

2. Map: Plan for Third Floor Panel Layout, Metropolitan District Headquarters Building, dated January 14, 2000

4. Job description, Customer Services Administrator, Code: 12565

5. The Metropolitan District, Notice of Vacancy # 75-00, Manager of The Treasury

6. Job Description, Manager of the Treasury, Code: 12475

7. Application for Employment, The Metropolitan District Commission, application of Daisy Chavez for Manager of Treasury

8. Application for Employment, The Metropolitan District Commission, application and attachments of Stephanie Russo for Manager of Treasury

9. June 5, 2000 MDC Correspondence – Mannila to Chavez; subject: Manager of Treasury qualifications

10. June 2, 2000 Memo - Roughan to Milano; Subject: NOV# 75-00

11. The Metropolitan District, Supervisory Interview Report, N.O.V. # 75-00, for Stephanie Russo

12. June 21, 2000 MDC Correspondence – Mannila to Russo; subject: selection for Manager of Treasury

13. Mar. 9, 2001 MDC Correspondence – Moore to Chavez; subject: appointment as District Review Officer

14. Mar. 13, 2001 MDC Correspondence – Moore to Chavez; subject: assignment to Review Officer position under Dick Newton

15. June 22, 1990 Memo – McCarthy to Geldof; Subject: Special Services Workload Allocation

16. The Metropolitan District, Notice of Vacancy # 38-01, Manager of Utility Services

17. Job Description, Manager of Utility Services, Code: 24875

18. The Metropolitan District, Job Posting Application, Mark A. Hanson's Application and attachments for Manager of Utility Services

19. June 7, 2001 MDC Correspondence – Mannila to Chavez; subject: Chavez informed she is candidate for Manager of Utility Services

20. June 7, 2001 MDC Correspondence – Mannila to Hanson; subject: Hanson informed he is candidate for Manager of Utility Services

21. Supervisory Interview Report for interview of Daisy Chavez for Manager of Utility Services

22. Supervisory Interview Report for interview of Mark Hanson for Manager of Utility Services

24. The Metropolitan District, Notice of Vacancy # 32-02, Manager of Operations

25. May 22, 2002 Memo – Werbner to Sparks; Subject: NOV# 32-02

26. June 5, 2002 Memo – Sparks to Werbner; Subject: Manager of Operations Position

27. The Metropolitan District, Notice of Vacancy # 60-02, Assistant Manager of Operations

28. Oct. 3, 2002 Memo – Mannila to Chavez; Subject: Manager of Operations and Assistant Manager of Operations

29. MDC Personnel File re Manager of Environment Health and Safety 2002, including, but not limited to:

    a. MDC Notice of Vacancy 59-02 Manager of Environment Health and Safety, June 17, 2002
    b. MDC Memo Werbner to Moore Sept. 9, 2002 re Recommendation Sally Nyren
    c. MDC Personnel Requisition Mgr of Environment Health and Safety NOV 57-02
    d. Job Description Mgr of Environment Health and Safety
    e. MDC Ltr McLaughlin to Chavez August 29, 2002 re declining Chavez for position
    f. Chavez Job Application June 17, 2002

30. DC Personnel File re Assistant Manager of Operations 2002, including, but not limited to:
    a. MDC Memo Donovan to Mannila Sept 18, 2002, re selection of Harvey Wall
    b.
    c. Personnel Requistion Asst. Mgr of Operations NOV 61-02 June 14, 2002

      d.    Supervisory Interview Report re Chavez, September 12, 2002
      e.    Supervisory Interview Report re Wall, September 17, 2002
      f.    MDC Ltr Mannila to Chavez September 23, 2002 re selection of Wall
      g.    MDC Ltr Mannila to Chavez September 5, 2002, re interview
      h.    Job Application, Daisy Chavez - June 17, 2002
      i.    Numerical Scoring of Job - Chavez
      j.    Job Application, Harvey Wall, June 14, 2002
      k.    Numerical Scoring of Job - Wall

31.    MDC Ltr McLaughlin to Chavez September 19, 2002 re Selection Mgr EHS

32.    MDC Memo Sibley to Dept. Heads Dec. 12, 2001 re Supervisory Workshops

33.    Agenda Personnel Pension and Insurance Committee Mtg May 20, 2002

34.    MDC Ltr Werbner to Nyren September 27, 2002 re Selection Mgr EHS

35A.    MDC Ltr Mannila to Hanson July 9, 2001 re Selection Mgr of Utility Services

35B.    Nyren Job Application

36.    MDC Ltr Mannila to Chavez September 23, 2002 re Selection Mgr of Operations

37.    MDC Memo Chavez to Moore September 9, 2002 re Qualifications for Mgr EHS

38.    MDC Memo Moore to Chavez September 19, 2002 re Qualifications for Mgr EHS

39.    MDC Ltr McLaughlin to Chavez September 19, 2002 re Interview Mgr EHS

40.    MDC Ltr McLaughlin to Chavez August 29, 2002 re Qualifications Mgr EHS

41.    MDC Ltr Szestakow to Chavez September 24, 1999 re Mgr of Water Safety re Charter Oak College Information

42.    Charter Oak College Ltr to HR MDC October 12, 1999 re Chavez qualifications

43.    Chavez Bachelor of Science Degree Charter Oak College

44.    Email Chavez to and from Roughan January 31, 2001 re Training

45.    MDC Memo Roughan to Chavez September 3, 1996 re Masters Degree Public Admin.

46.    Certificate California State Univ. Program in Water Treatment Operations April 2000

47.    Charter Oak Coll Ltr to HR MDC June 23, 1989 re Chavez status at college

48. Memo Chavez to MDC Personnel submitting Cert of Completion Water Distribution Operations Course March 16, 1999

49. Certificate Virginia Polytechnical College Completion AWAA Water Utility Management Institute March 24, 1995

50. MDC Ltr Starzecki to Chavez October 18, 1994 re Upgrade of Position

51. Chavez MDC Complaint re Discriminatory Practice October 15, 2002

52. Ltr Chavez to Milano December 28, 2000 re Failure to Promote

53. MDC Memo Poirier to Chavez August 8, 2001 re budgeting for positions

56. MDC Notice of Vacancy Manager of Water Supply July 12, 1999

57. Chavez Performance Review July 31, 2002

58. Ltr Chavez to Sparks August 13, 2002 re performance evaluation

59. MDC Ltr Sparks to Chavez August 27, 2002 re performance evaluation

62. MDC Ltr Mannila to Chavez June 5, 2000 re selection Manager of Treasury

63. MDC Job Application Chavez May 23, 2000 Manager of Treasury

64. MDC Job Application Chavez July 16, 1999 Manager of Water Supply