*Daisy chavez*
*v.*
*Metropolitan*
*District*
*Commission*
*3:02 cv 458 (mrk)*

**Defendant's Exhibits:**

501.    Resume of Daisy Chavez

502.    Letter dated June 23, 1989 from Charter Oak College

503.    Letter dated October 12, 1999 from Charter Oak College

504.    Job Posting for Manager of the Treasury on May 17, 2000

505.    Application of Daisy Chaves for position of Manager of Treasury

506.    Letter to Daisy Chavez dated June 5, 2000 informing her not qualified

507.    Application of Stephanie Russo for position of Manager of Treasury

508.    Job Specification for Manager of Special Engineering Projects

509.    Job Posting for Manager of Utility Services

510.    Application of Daisy Chavez for position of Manager of Utility Services

511.    Application of Mark Hanson for position of Manager of Utility Services

512.    Letter to Daisy Chavez dated June 29, 2001 informing her not selected

~~513.    Withdrawn~~

~~514.    Withdrawn~~

515.    1999 Weekly Planner and Daisy Chavez's handwritten notes attached
        thereto

516.    2000 Weekly Planner and Daisy Chavez's handwritten notes attached
        thereto

517.    Metropolitan District Personnel Policy June 30, 1997

518.    E-mails dated February 20 and February 21, 2001 between Chavez and
        Moore relating to Manager of Utility Services position

519.    Letter dated March 9, 2001 appointing Chavez as District Review Officer

520.    Letter dated March 13, 2001 from Moore to Chavez re: rumors and
        assignment to Review Officer with Title of Special Services Administrator

1

521.    Resume of Frank Dellaripa

522.    Notice of Vacancy #32-02 Manager of Operations dated April 26, 2002

523.    Application of Daisy Chavez dated May 2, 2002 for Manager of Operations

524.    Application of David Donovan for position of Manager of Operations

525.    May 22, 2002 Memo to George Sparks from Patricia Werbner, Director of Human Resources re: NOV #32-02

526.    Supervisory Interview Report of David Donovan for position of Manager of Operations

527.    Supervisory Interview Report of Daisy Chavez for position of Manager of Operations

528.    Letter dated June 7, 2002 to Daisy Chavez informing her that David Donovan was selected to fill Manager of Operations position.

529.    Notice of Vacancy #60-02 for Assistant Manager of Operations dated June 17, 2002

530.    Application of Daisy Chavez dated June 17, 2002 for position of Asst. Manager of Operations

531.    Application of Harvey Wall dated June 14, 2002 for Asst. Manager of Operations

532.    Memo dated September 5, 2002 re: Nov. 60-02 Assistant Manager of Operations

533.    Letter dated September 5, 2002 to Daisy Chavez re: interview for position of Assistant Manager of Operations.

534.    Letter dated September 5, 2002 to Harvey Wall re: interview for position of Assistant Manager of Operations.

535.    Supervisory Interview Report for Harvey Wall dated September 17, 2002.

536.    Supervisory Interview Report for Daisy Chavez dated September 12, 2002.

537.    Memo from David Donovan to Russ Mannila dated September 18, 2002 re: Assistant Manager of Operations Selection

538.    Letter dated September 23, 2002 to Daisy Chavez information her that Harvey Wall had been selected for Assistant Manager of Operations position

539.    September 25, 2002 memo from Daisy Chavez requesting breakdown of points for Manager and Assistant Manager of Operations positions

540.    Memo dated October 3, 2002 to Daisy Chavez re: points on N.O.B. #32-02 and 60-02

541.    Notice of Vacancy 59-02 - Manager of Environment, Health and Safety dated June 17, 2002

542.    Application of Daisy Chavez for position of Manager of Environment, Health and Safety with resume attached.

543.    Application of Sally Nyren for position of Manager of Environment, Health and Safety.

544.    Memo to Moore dated September 9, 2002 re: NOV #59-02 Manager of Environment Health and Safety

545.    Summary of Recruitment Activity (NEW HIRES) from 1988 to 2005. (ID only)

546.    E-mail from Daisy Chavez to Eddie Perez dated December 14, 2002.

547.    Letter dated December 28, 2000 from Chavez to Milano.

548.    Application of Daisy Chavez for Manager of Water Supply

549.    Application of Leland Sanders dated July 16, 1999 for Manager of Water Supply

550.    Letter dated May 8, 2000 to Leland Sanders informing him he had been selected for position of Manager of Water Supply

551.    Withdrawn.

552.    Withdrawn.

553.    Withdrawn

554.    Daisy Chavez records from Charter Oak.