AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF Connecticut

**EXHIBIT AND WITNESS LIST**

Chavez

v.

Metropolitan Dist. Comm.

CASE NUMBER: 3:02cv458(mrk)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| mark R. Kravitz | Francis A. Miniter | D. Ryan / H. Quackenbush-Darin |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 5/31/05 - | Thea Finkelstein | Ken Ghilardi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 5/31/05 | | | Daisy Chavez |
| ✓ | | 6/1/05 | | | Louis Avarado |
| ✓ | | 6/1/05 | | | Lebert Thomas |
| ✓ | | 6/1/05 | | | Ethel Wright |
| ✓ | | 6/1/05 | | | Salvatore R Gozzo |
| ✓ | | 6/1/05 | | | Alfred Amaio |
| ✓ | | 6/1/05 | | | Richard Demirgian |
| ✓ | | 6/1/05 | | | Joseph L. LaRosa |
| ✓ | | 6/1/05 | | | Robert Zaik |
| ✓ | | 6/1/05 | | | Russell E. Mannila |
| ✓ | | 6/2/05 | | | Frank Dellaripa |
| ✓ | | 6/2/05 | | | Robert Kerkes |
| ✓ | | 6/2/05 | | | David Donovan |
| ✓ | | 6/2/05 | | | Robert Moore |
| ✓ | | 6/2/05 | | | Anthony V. Miland |
| ✓ | | 6/6/05 | | | George Sparks |
| ✓ | | 6/6/05 | | | Daisy Chavez |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages