# United States District Court

**DISTRICT OF** Connecticut

Chavez v. Metropolitan District Commission

**EXHIBIT AND WITNESS LIST**

**CASE NUMBER:** 3:02cv458

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mark R. Kravitz | Francis A. Miniter | D. Ryan Jr / H. Quackenbush-Darin |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 5/31/05 – | Thea Finkelstein | K. Ghilardi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | ✓ | 6/2/05 | | 6/2/05 | Joint Stipulation #1 concerning affirmative action plan |
| ✓ | ✓ | 6/2/05 | | 6/2/05 | Joint Stipulation #2 A list of 25 points of fact. |

FILED 2005 JUN -6 P 4:33 U.S. DISTRICT COURT NEW HAVEN, CT

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages