UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAISY CHAVEZ,<br><br>         Plaintiff<br><br>v.<br><br>THE METROPOLITAN DISTRICT<br>COMMISSION,<br><br>         Defendant. | :<br>:   NO.  3:02CV458(MRK) (LEAD)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **JUDGMENT**

This matter came on for trial before a jury and the Honorable Mark R. Kravitz, United States District Judge. On June 6, 2005, the jury returned a verdict for the defendant on all counts.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the defendant, Metropolitan District Commission, and the case is closed.

Dated at New Haven, Connecticut this 7th day of June, 2005.

                                                            KEVIN F. ROWE, Clerk
                                                            By

                                                            _____
                                                            Kenneth R. Ghilardi
                                                            Deputy Clerk

EOD : _____