## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

DAISY CHAVEZ,                                    :          CIVIL ACTION
                                                            3:02CV458 (MRK)
        Plaintiff                  :
                                                 :
V.                                               :
                                                 :
METROPOLITAN DISTRICT                            :
COMMISSION,                                      :
        Defendant                  :          JUNE 17, 2005

## DEFENDANT'S MOTION/APPLICATION FOR ATTORNEY FEES

The Defendant, Metropolitan District Commission ("MDC"), pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e-5(k) and 42 U.S.C. § 1983 respectfully moves as the prevailing party in the above matter for an award of reasonable attorneys' fees in the amount of $279,167.50 and/or in such amount as the Court deems reasonable on the basis that the Plaintiff Chavez's claims in this lawsuit were clearly unreasonable, frivolous, meritless and/or without proper foundation. On June 6, 2005, the jury rendered a verdict in favor of the Defendant MDC on all of the Plaintiff's claims.

In support of this Motion, the Defendant MDC attaches hereto a Memorandum of Law with supporting affidavits and the contemporaneous billing records of Ryan & Ryan, LLC from May 2004 through June 6, 2005.

THE DEFENDANT,
THE METROPOLITAN
DISTRICT COMMISSION


BY_____
       David A. Ryan, Jr. (ct. 05064)
       Holly Quackenbush Darin (ct. 10183)
       Ryan & Ryan, LLC
       900 Chapel Street
       Suite 621
       New Haven, CT  06510
       -Its Attorneys-


## **CERTIFICATION**

The undersigned hereby certified that the foregoing was sent by regular mail, postage pre-paid, this 17th day of June 2005 to all counsel and pro se parties of record as listed below:

Francis A. Miniter
Miniter and Associates
100 Wells Street, Suite 1D
Hartford, CT  06103


_____
David A. Ryan, Jr.