## **AFFIDAVIT OF DAVID A. RYAN, JR.**

The undersigned being duly sworn hereby represents:

1. I am over the age of eighteen and believe in the obligations of an oath.

2. I graduated from Hofstra University School of Law in 1989.

3. While in law school, I served as a law Clerk to the General Counsel for the Connecticut State Board of Labor Relations.

4. Since leaving law school, I have focused my practice to representing management in labor and employment matters and have significant experience in labor and employment litigation in state and federal courts, as well as before various labor and employment administrative agencies.

5. I have also served as an adjunct profession of labor at Teikyo Post University and served as an instructor for certificate programs in human resources management and professional associations on numerous labor law related topics.

6. I am currently a partner with my brother William A. Ryan in the law firm of Ryan & Ryan, LLC which focuses primarily on labor and employment law issues.

7. On or about May, 2004 the firm of Ryan & Ryan, LLC was retained by the Metropolitan District Commission ("MDC") to represent it in two lawsuits filed against the MDC in the United States District Court for the District of Connecticut by Daisy Chavez.

8. Since May 2004, the MDC has incurred fees in the amount of $279,167.50. A copy of Ryan & Ryan, LLC's bills representing the period May 2004 through June 6, 2005 are attached hereto and I have reviewed a copy thereof.

9. The hourly rates and time spent by on this file during the period May 2004 through June 6, 2005 are as follows:

    a. My billing rate is $250.00 per hour as a partner in the firm and my time is represented by the initials "DAR". The actual time I billed during the period May 2004 through June 6, 2005 was 404 hours.

    b. William A. Ryan represented by the initials "WAR" is also a partner and his billing rate is also $250.00. The time billed for William A. Ryan was 3.25 hours.

    c. Holly Quackenbush Darin represented by the initials "HQD", is a Senior Associate with the firm and her billing rate is $210.00 per hour. The time billed for Holly Darin was 694.50 hours.

Affidavit of David A. Ryan, Jr.
Page 2 of 2

      d.      Michael Brandt represented by the initials "MRB" is an Associate with the firm and his billing rate is $190.00 hours. The time billed for Michael Brandt was 67.75 hours.

      e.      Heather Bannister represented by the initials "HLB" is a Law Student and paralegal and her billing rate is $135.00 per hour. The time billed for Heather Bannister was 82.50 hours.

      f.      Jennifer Vincent represented by the initials "JEV" is a paralegal and her billing rate is $100.00 per hours. The time billed for Jennifer Vincent was 75 hours.

10. The billing rates as set forth in paragraph 9, above, are based upon prevailing rates in the field of employment law in the United States District Court for the District of Connecticut.

11. I have personal knowledge that all of the above individuals listed in paragraph 9, above, have considerable knowledge, training, and experience in the field of employment law and each has attached an affidavit hereto.

12. All the time contained in the time records attached hereto attributable to the individuals listed in paragraph 9 above was actually billed to MDC on this matter prior to the signing of this Affidavit.

13. I have read the statements in the foregoing affidavit and they are true and accurate to the best of my knowledge and belief.

_____
David A. Ryan, Jr.

Subscribed and sworn to before me
this _____ day of June 2005

_____
Notary Public/
Commissioner of the Superior Court