**AFFIDAVIT OF HOLLY QUACKENBUSH DARIN**

The undersigned being duly sworn hereby represents:

1. I am over the age of eighteen (18) and I believe in the obligations of an oath.

2. I graduated from the University of Connecticut School of Law, with honors, in 1991 and was admitted to practice in the State of Connecticut on December 6, 1991.

3. On May 4, 1992, I was admitted to practice in the United States District Court for the District of Connecticut.

4. I began practicing in the labor and employment law field in October of 1997 when I began working as an Associate for Michael E. Satti in New London, Connecticut whose firm thereafter became known as Satti & Ryan, LLP.

5. While an Associate with Satti & Ryan, LLP, I represented municipal and private clients on employment law matters before the Commission of Human Rights and Opportunities ("CHRO") as well as in state and federal courts.

6. In May, 2004, I became a Senior Associate for Ryan & Ryan, LLC which also specializes in the field of labor and employment law and have spent a considerable amount of time on the instant case.

I have read the foregoing affidavit and it is true and accurate to the best of my knowledge and belief.

_____
Holly Quackenbush Darin

Subscribed and sworn to before me this
\_\_\_ day of June, 2005.

_____
Notary Public
My Commission Expires: