## AFFIDAVIT OF MICHAEL R. BRANDT

1. I am over the age of eighteen (18) and I believe in the obligations of an oath.

2. In 1990, I received a Bachelor of Arts degree from Dartmouth College.

3. In 1994, I received a law degree, *cum laude*, from Quinnipiac University School of Law.

4. I was admitted to practice law in Connecticut in November 1994.

5. I served as a law clerk to the Honorable Paul M. Foti of the Connecticut Appellate Court for the 1996-1997 term.

6. I also served as a Legal Research Clerk for the Superior Court of Connecticut from 1994 through 1996.

7. Beginning in February 2001, I worked as an associate attorney at Satti & Ryan, LLP; a law firm whose practice was focused primarily on labor and employment law.

8. Since January 2003, I have been performing legal work on a part-time basis for Ryan & Ryan, LLC.

9. Since January 2003, I have also been employed as the Judge of Probate for the town of North Haven.

10. I have read the statements in the foregoing affidavit and they are true and accurate to the best of my knowledge and belief.

_____
Michael R. Brandt

Subscribed and sworn to before me
this _____ day of June 2005

_____
Notary Public/
Commissioner of the Superior Court