# AFFIDAVIT OF HEATHER L. BANNISTER

1. I am over the age of eighteen (18) and I believe in the obligations of an oath.

2. Beginning in September 1999, I worked at Satti & Ryan, LLC; a law firm whose practice was focused primarily on labor and employment law.

3. I obtained a Bachelor of Arts degree, *cum laude*, from the University of Washington in 1998.

4. I have worked as a paralegal in the fields of labor and employment law since about March 2000.

5. In or about May 2000, I obtained a paralegal litigation certificate from the University of Connecticut's professional studies program.

6. I began working as a full-time paralegal at Ryan & Ryan, LLC in January 2003.

7. I have been enrolled at Quinnipiac University School of Law, part-time since 2002. My anticipated date of graduation from the law school is May 14, 2006. In my law school class, I am presently ranked number 5 out of a class of 61 students.

8. At Quinnipiac University School of Law, I was awarded the John A. Speziale Award for Excellence in Written Advocacy for the 2002-2003 academic year.

9. I have read the statements in the foregoing affidavit and they are true and accurate to the best of my knowledge and belief.

_____
Heather L. Bannister

Subscribed and sworn to before me
this _____ day of June 2005

_____
Notary Public/
Commissioner of the Superior Court