## <u>AFFIDAVIT OF JENNIFER E. VINCENT</u>

1.  I am over the age of eighteen (18) and I believe in the obligations of an oath.

2.  Beginning in December 2000, I worked at Satti & Ryan, LLP; a law firm whose practice was focused primarily on labor and employment law.

3.  I have worked as a paralegal in the fields of labor and employment law since about June 2002.

4.  I began working as a full-time paralegal at Ryan & Ryan, LLC in March 2003.

5.  In or about May 2002, I obtained a paralegal litigation certificate from the University of Connecticut's professional studies program.

6.  In or about September 2002, I attended a course in the Paralegal Studies program at the University of New Haven.

7.  I have read the statements in the foregoing affidavit and they are true and accurate to the best of my knowledge and belief.


_____
Jennifer E. Vincent

Subscribed and sworn to before me
this 16th day of June 2005.


_____
Notary Public
My Commission Expires:

1