## AFFIDAVIT OF CHRISTOPHER L. BRIGHAM

1. I am over the age of eighteen (18) and I believe in the obligations of an oath.

2. In 1986, I obtained a degree from Middlebury College.

3. In 1992, I obtained a law degree, *cum laude*, from Vermont Law School.

4. In 1992, I was admitted to practice law in Connecticut.

5. I have been practicing law primarily in the field of employment law since 1992.

6. I am presently a principal with the firm Updike, Kelly & Spellacy, P.C. and Chairman of the firm's employment law practice.

7. I am submitting this affidavit on behalf of Ryan & Ryan, LLC in support of their motion/application for attorney fees in the matter of *Chavez v. The Metropolitan District Commission*.

8. It is my belief that the following rates charged by Ryan & Ryan, LLC are in line with those prevailing in the community for lawyers, law students and paralegals of reasonably comparable skill, experience and reputation in the District of Connecticut.

   | | |
   |---|---|
   | Partners: | $250.00 per hour |
   | Senior Associates: | $210.00 per hour |
   | Associates: | $190.00 per hour |
   | Law Students: | $135.00 per hour |
   | Paralegals: | $100.00 per hour |

9. I have read the statements in the foregoing affidavit and they are true and accurate to the best of my knowledge and belief.

_____
Christopher L. Brigham

Subscribed and sworn to before me
this _____ day of June 2005

_____
Notary Public/
Commissioner of the Superior Court