UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAISY CHAVEZ, | : | DOCKET NO. 3:02CV458 (MRK) |
|     Plaintiff | : | |
| | : | |
|     v. | : | |
| | : | |
| THE METROPOLITAN DISTRICT COMMISSION, | : : | |
|     Defendant | : | JUNE 17, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that Defendant, The Metropolitan District Commission, has manually filed the following documents as attachments to the Defendant's Memorandum of Law In Support Of Motion/Application For Attorney Fees: Invoices submitted by Ryan & Ryan, LLC to the Metropolitan District Commission dated June 10, 2004, July 16, 2004, August 16, 2004, September 8, 2004, October 11, 2004, November 11, 2004, December 15, 2004, January 14, 2005, February 14, 2005, March 7, 2005, April 6, 2005, May 9, 2005, June 8, 2005, and June 16, 2005.

These documents have not been filed electronically because the electronic size of the document exceeds 1.5 megabytes. The documents have been manually served on all parties.

                                              THE DEFENDANT
                                              METROPOLITAN DISTRICT
                                              COMMISSION

                                          By:_____
                                              David A. Ryan, Jr. (ct05064)
                                              Ryan & Ryan, LLC
                                              900 Chapel Street, Suite 621
                                              New Haven, CT 06510
                                              (203) 752-9794
                                              david.ryan@ryan-ryan.net
                                              Its Attorneys

## CERTIFICATION

  This is to certify that a copy of the foregoing was mailed, postage prepaid this 17th day of June 2005 to the following counsel of record:

Francis A. Miniter
Miniter & Associates
100 Wells Street, Suite 1D
Hartford, CT  06103

               _____
               David A. Ryan, Jr.