UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAISY CHAVEZ, | : | CIVIL ACTION |
| | | 3:02CV458 (MRK) |
| Plaintiff | : | |
| | : | |
| V. | : | |
| | : | |
| METROPOLITAN DISTRICT | : | |
| COMMISSION, | : | |
| Defendant | : | JUNE 17, 2005 |

## VERIFIED BILL OF COSTS

Pursuant to 28 U.S.C. 1821, 1920, 1923 and 1924, and Local Civil Rule 54, the Defendant, the Metropolitan District Commission, hereby requests the following items of costs[1]:

Fees for court reporter:

    A.  Fees of court reporter for transcripts:                           $353.30

Levy & Droney Hearing Transcript from
Thomas v. MDC matter 3:02-CV-00457 (MRK)
which was necessarily used as an
exhibit in Levy & Droney Hearing on March 7, 2005

        See copy of invoice/e-mail from court reporter attached hereto.

    B.  Fees of the court reporter for depositions

    1.       Agreed amounts per stipulation of parties in
           Thomas v. MDC [2]:                                              $1,160.44

---

[1] The Defendant is also filing a Motion/Application For Attorney Fees and supporting memorandum of law with the Court.

[2] It must be noted that On April 12, 2005 the Court issued a ruling in Thomas v. MDC in which it ruled that in the absence of any agreement among the parties as to allocation of the deposition costs, that one-third of the deposition costs for the deposition of Eddie Perez, Paul Ritter, George Sparks, Robert Moore, Robert Zaik, Richard Newton and Cornelius Geldoff were properly taxable to Mr. Thomas. See Ruling attached hereto. At the time of the issuance of this ruling, the parties had not signed a Stipulation, but it is the undersigned's understanding that agreement was later reached and a copy of that Stipulation is attached.

|  | Total Cost | Agreed upon Cost |
|---|---|---|
| Paul Ritter - Agreed upon amount 50% | 193.65 | 96.83 |
| Richard Newton - Agreed upon amt - 50% | 249.30 | 124.65 |
| Cornelius Geldof- Agreed upon amt - 50% | 429.50 | 214.75 |
| George Sparks - Agreed upon amt - 33.33% | 613.45 | 204.46 |
| Robert Moore, Vol. I - Agreed upon amt - 33.33% | 283.75 | 94.57 |
| Robert Moore, Vo. II - Agreed upon amt - 33.33% | 331.45 | 110.47 |
| Robert Zaik - Agreed upon amt. 33.33% | 541.30 | 180.42 |
| Robert Moore, Vol. III - 33.33% | 223.02 | 74.33 |
| Stephen Rhoades - Agreed upon amt 33.33% | 179.90 | 59.96 |

Copies of invoices for above are attached.

2. Fees of court reporter for depositions not part of stipulation:    $4,490.14

| | |
|---|---|
| Marilyn Cohen | 230.75 |
| Gertrude Mero | 209.55 |
| Albert Reichen | 539.62 |
| Anthony Milano | 1093.28 |
| Daisy Chavez | 484.42 |
| Daisy Chavez  (7/23/04) | 409.43 |
| James Michel | 785.54 |
| David McMahon | 278.95 (includes cost of McMahon, Hubbard & Perez) |
| Richard Hubbard | |
| Eddie Perez | |
| Harvey Wall | 458.65 (includes both costs of Wall & Gomez) |
| Rick Gomez | |

Copies of invoices for the above are attached.

Copies of papers for use in the case:                                                    $231.50

Copies of trial exhibits - $ 29.20 (292 pages @ .10 per page)
Copies of trial exhibits requested by Court - $29.20
(292 pages @ .10 per page)
Copies of Plaintiff's exhibits objected to by the
Defendant and brought to final pretrial conference
per the Court's Pretrial Memorandum requirements - $ 173.10
(1731 pages @ .10 per page)

---

See Stipulation attached hereto.  The Defendant MDC thus seeks reimbursement of costs in accordance therewith.  However, it must be noted for the record that Mr. Thomas has not been making payments in accordance with either the Stipulation or the Court's ruling.

2

Wherefore, the MDC respectfully requests an award of costs in the amount of $6,235.38.

>THE DEFENDANT
>METROPOLITAN DISTRICT
>COMMISSION
>
>By:_____
>    David A. Ryan, Jr. (ct 05064)
>    Holly Quackenbush Darin (ct10183)
>    Ryan & Ryan, LLC
>    900 Chapel Street, Suite 621
>    New Haven, CT 06510
>    (203) 752-9794
>    Its Attorneys

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid this 17th day of June, 2005 to the following counsel of record:

Francis A. Miniter
Miniter and Associates
100 Wells Street, Suite 1D
Hartford, CT  06103

>_____
>David A. Ryan, Jr.

3