UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAISY CHAVEZ, | : | DOCKET NO. 3:02CV458 (MRK) |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| THE METROPOLITAN DISTRICT | : | |
| COMMISSION, | : | |
|     Defendant | : | JUNE 17, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that Defendant, The Metropolitan District Commission, has manually filed the following documents as attachments to the Defendant's Verified Bill Of Costs:

A. Invoices from Falzarano Court Reporters dated 10/8/2002, 12/3/2002, 12/27/2002, 2/27/2003, 5/5/2003, 6/3/2003, 6/10/2003, 9/22/2003, 10/28/2003, 12/27/2002, 10/22/2002, 9/24/2002, 5/16/2002, 12/11/2002, 1/6/2003, 12/16/2002.

B. Invoice from Niziankiewicz & Miller court reporting service dated 8/20/2003.

C. Invoice from Cheryl S. Damato Court Reporting Service dated August 26, 2004.

These documents have not been filed electronically because the electronic size of the document exceeds 1.5 megabytes. The documents have been manually served on all parties.

>THE DEFENDANT
>METROPOLITAN DISTRICT
>COMMISSION
>
>
>By:_____
>David A. Ryan, Jr. (ct05064)
>Ryan & Ryan, LLC
>900 Chapel Street, Suite 621
>New Haven, CT 06510
>(203) 752-9794
>david.ryan@ryan-ryan.net
>Its Attorneys

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid this 17th day of June 2005 to the following counsel of record:

Francis A. Miniter
Miniter & Associates
100 Wells Street, Suite 1D
Hartford, Connecticut 06103

>_____
>David A. Ryan, Jr.