# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

—————————————————————
                                          :
DAISY CHAVEZ                              :
                                          :     No. 3:02CV458(MRK)
VS.                                       :
                                          :
METROPOLITAN DISTRICT                     :     June 27, 2005
COMMISSION                                :
—————————————————————:

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that DAISY CHAVEZ, Plaintiff in the above-captioined action,

hereby appeals to the United States Court of Appeals for the Second Circuit, from the final judgment

entered in this action on the 7th day of June, 2005, and in particular from those Rulings and Orders

of the Court dated April 21, 2005 and April 26, 2005, with respect to exclusion of evidence relating

to the "Levy and Droney Report" and to the "Federal Funds Application", respectively.

PLAINTIFF
DAISY CHAVEZ

By_____
          Francis A. Miniter
          Miniter and Associates
          100 Wells Street, Suite 1D
          Hartford, CT 06103
          phone 860-560-2590
          fax     860-560-3238
          email: miniter@attglobal.net
          Fed. ID No. CT09566

CERTIFICATION OF SERVICE

The undersigned does hereby certify that a true copy of the foregoing together with all attachments thereto was delivered to the following counsel of record by placing the same in the U.S. Postal Service, regular mail, postage prepaid, on June 27, 2005:

Holly Quackenbush Darin, Esq.
David Ryan, Esq.
Ryan & Ryan
900 Chapel Street, Suite 621
New Haven, CT  06510

_____
Francis A. Miniter