UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAISY CHAVEZ, | : | CIVIL ACTION |
| | | 3:02CV458 (MRK) |
| Plaintiff | : | |
| | : | |
| V. | : | |
| | : | |
| METROPOLITAN DISTRICT | : | |
| COMMISSION, | : | |
| Defendant | : | JULY 5, 2005 |

## AMENDED VERIFIED BILL OF COSTS

Pursuant to 28 U.S.C. 1821, 1920, 1923 and 1924, and Local Civil Rule 54, on June 17, 2005 the Defendant, the Metropolitan District Commission ("MDC) filed a Verified Bill of Costs.[1]  The Defendant MDC respectfully moves to modify its Verified Bill of Costs to reduce the total amount of costs sought from $6,235.38 to $5,252.74.

The reason for this modification is that Defendant MDC just discovered that with respect to the deposition costs for Albert Reichin, Anthony Milano, and James Michel it had inadvertently attached invoices addressed to Plaintiff's former counsel Robert Heagney rather than the invoices addressed to MDC's former counsel Anthony Palermino.[2]  Thus, the Defendant MDC moves to modify its Verified Bill of Costs filed on June 17, 2005 as follows:[3]

---

[1] Also on June 17, 2005, the Defendant filed a Motion/Application For Attorney Fees and supporting memorandum of law with the Court.  That Motion is not being amended.

[2] The undersigned's office had requested a copy of the deposition invoices from the Court reporter and did not realize that with respect to Mr. Reichin, Mr. Michel, and Mr. Milano that it had received the invoices addressed to opposing counsel.

[3] The revisions are highlighted in bold.

Fees for court reporter:

    A.  Fees of court reporter for transcripts:          $353.30

Levy & Droney Hearing Transcript from
<u>Thomas v. MDC</u> matter 3:02-CV-00457 (MRK)
which was necessarily used as an
exhibit in Levy & Droney Hearing on March 7, 2005

    See copy of invoice/e-mail from court reporter attached hereto.

    B.  Fees of the court reporter for depositions

    1.    Agreed amounts per stipulation of parties in
        Thomas v. MDC [4]:          $1,160.44

|  | Total Cost | Agreed upon Cost |
|---|---|---|
| Paul Ritter - Agreed upon amount 50% | 193.65 | 96.83 |
| Richard Newton - Agreed upon amt - 50% | 249.30 | 124.65 |
| Cornelius Geldof- Agreed upon amt - 50% | 429.50 | 214.75 |
| George Sparks - Agreed upon amt - 33.33% | 613.45 | 204.46 |
| Robert Moore, Vol. I - Agreed upon amt - 33.33% | 283.75 | 94.57 |
| Robert Moore, Vo. II - Agreed upon amt - 33.33% | 331.45 | 110.47 |
| Robert Zaik - Agreed upon amt. 33.33% | 541.30 | 180.42 |
| Robert Moore, Vol. III - 33.33% | 223.02 | 74.33 |
| Stephen Rhoades - Agreed upon amt 33.33% | 179.90 | 59.96 |

    Copies of invoices for above are attached.

    2. Fees of court reporter for depositions not part of stipulation:   $3,507.50

|  | Original Amt | Revised Amt |
|---|---|---|
| Marilyn Cohen | 230.75 | 230.75 |
| Gertrude Mero | 209.55 | 209.55 |
| **Albert Reichen (9/6/02)** | **539.62** | **265.20** |
| **(11/8/02)** |  | **156.35** |

---

[4] It must be noted that on April 12, 2005 the Court issued a ruling in Thomas v. MDC in which it ruled that in the absence of any agreement among the parties as to allocation of the deposition costs, that one-third of the deposition costs for the deposition of Eddie Perez, Paul Ritter, George Sparks, Robert Moore, Robert Zaik, Richard Newton and Cornelius Geldoff were properly taxable to Mr. Thomas. <u>See</u> Ruling attached hereto. At the time of the issuance of this ruling, the parties had not signed a Stipulation, but it is the undersigned's understanding that agreement was later reached and a copy of that Stipulation is attached. <u>See</u> Stipulation attached hereto.  The Defendant MDC thus seeks reimbursement of costs in accordance therewith.  However, it must be noted for the record that Mr. Thomas has not been making payments in accordance with either the Stipulation or the Court's ruling.

| | | |
|---|---:|---:|
| **Anthony Milano** | **1093.28** | **595.30** |
| Daisy Chavez | 484.42 | 484.42 |
| Daisy Chavez (7/23/04) | 409.43 | 409.43 |
| James Michel | 785.54 | 418.90 |
| David McMahon | 278.95 | 278.95 |
| (invoice cost of McMahon, Hubbard & Perez) | | |
| Richard Hubbard | | |
| Eddie Perez | | |
| Harvey Wall | 458.65 | 458.65 |
| (includes both costs of Wall & Gomez) | | |
| Rick Gomez | | |

Copies of invoices for the above are attached.

Copies of papers for use in the case: $231.50

    Copies of trial exhibits - $ 29.20 (292 pages @ .10 per page)
    Copies of trial exhibits requested by Court - $29.20
    (292 pages @ .10 per page)
    Copies of Plaintiff's exhibits objected to by the
    Defendant and brought to final pretrial conference
    per the Court's Pretrial Memorandum requirements - $ 173.10
    (1731 pages @ .10 per page)

Wherefore, the MDC respectfully requests an award of costs in the amount of $5,252.74.

                      THE DEFENDANT
                      METROPOLITAN DISTRICT
                      COMMISSION

                      By:_____
                      David A. Ryan, Jr. (ct 05064)
                      Holly Quackenbush Darin  (ct10183)
                      Ryan & Ryan, LLC
                      900 Chapel Street, Suite 621
                      New Haven, CT 06510
                      (203) 752-9794
                      Its Attorneys

**<u>CERTIFICATION</u>**

      This is to certify that a copy of the foregoing was sent via facsimile and mailed, postage prepaid this 5th day of July, 2005 to the following counsel of record:

Francis A. Miniter
Miniter and Associates
100 Wells Street, Suite 1D
Hartford, CT  06103

                                                  _____
                                                  Holly Quackenbush Darin