## **VERIFICATION**

The undersigned, being duly sworn, hereby declares:

1. I have personal knowledge of the facts set forth in this verification.

2. The costs for the depositions for Albert Reichin, Anthony Milano, and James Michel as reflected in the Verified Bill of Costs filed on June 17, 2005 were believed to be correct at the time the document was filed and were based upon invoices sent to us at our request by the Court reporters' office. However, in a recent review of the Verified Bill of Costs and its attachment, it was discovered that with respect to these individuals, the Court reporter had inadvertently sent to us the invoices addressed to Robert Heagney and we had mistakenly relied upon the amounts contained in those invoices.

3. The correct invoices for the above individuals is attached to the Amended Verified Bill of Costs and the corresponding reduction in the amount of total costs sought is $982.64.

4. The items contained in the Amended Verified Bill of Costs and sought as reimbursable costs or disbursements are correct and were necessarily incurred in the case.

5. The services for which fees have been charged were actually and necessarily performed.

_____
Holly Quackenbush Darin

Subscribed and sworn to before me
This \_\_ day of July, 2005.

_____
Notary Public
My Commission Expires: