UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAISY CHAVEZ, | : | DOCKET NO. 3:02CV458 (MRK) |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| THE METROPOLITAN DISTRICT | : | |
| COMMISSION, | : | |
|         Defendant | : | JULY 5, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that Defendant, The Metropolitan District Commission, has manually filed the following documents as attachments to the Defendant's Verified Bill Of Costs:

A. Invoices from Falzarano Court Reporters dated 10/8/2002, 12/3/2002, 12/27/2002, 2/27/2003, 5/5/2003, 6/3/2003, 6/10/2003, 9/22/2003, 10/28/2003, 12/27/2002, 10/22/2002, 9/24/2002, 5/16/2002, 12/11/2002, 1/6/2003, 12/16/2002, 118/02.

B. Invoice from Niziankiewicz & Miller court reporting service dated 8/20/2003.

C. Invoice from Cheryl S. Damato Court Reporting Service dated August 26, 2004.

These documents have not been filed electronically because the electronic size of the document exceeds 1.5 megabytes. The documents have been manually served on all parties.

                                      THE DEFENDANT
                                      METROPOLITAN DISTRICT
                                      COMMISSION


By:_____
     Holly Quackenbush Darin (ct10183)
     Ryan & Ryan, LLC
     900 Chapel Street, Suite 621
     New Haven, CT 06510
     (203) 752-9794
     holly.darin@ryan-ryan.net
     Its Attorneys

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via facsimile and mailed, postage prepaid this 5th day of July 2005 to the following counsel of record:

Francis A. Miniter
Miniter & Associates
100 Wells Street, Suite 1D
Hartford, Connecticut 06103


_____
Holly Quackenbush Darin