Jennifer Vincent

From: CMECF@ctd.uscourts.gov
Sent: Wednesday, June 22, 2005 12:02 AM
To: CMECF@ctd.uscourts.gov
Subject: Summary of ECF Activity

Activity has occurred in the following cases:

**3:02-cv-00458-MRK Chavez v. Metropolitan Dist**
Motion for Cost and Fees   145

Docket Text:
MOTION for Cost and Fees by Metropolitan District Commission.Responses due by 7/8/2005 (Pesta, J.)

**3:02-cv-00458-MRK Chavez v. Metropolitan Dist**
Memorandum in Support of Motion   146

Docket Text:
Memorandum in Support of [145] MOTION for Cost and Fees filed by Metropolitan District Commission. (Attachments: # (1) Affidavit # (2) Affidavit # (3) Affidavit # (4) Affidavit # (5) Affidavit # (6) Affidavit # (7) Notice of Manual Filing of remaining exhibits)(Pesta, J.)

**3:02-cv-00458-MRK Chavez v. Metropolitan Dist**
Bill of Costs   147

Docket Text:
BILL OF COSTS by Metropolitan District Commission. (Attachments: # (1) Notice of Manual Filing of Exhibits)(Pesta, J.)

**3:04-cv-01182-RNC Bialozynski v. Rice Packaging, Inc**
Order Referring Case to Magistrate Judge   25

Docket Text:
ORDER REFERRING CASE to Magistrate Judge Donna F. Martinez for prefiling conference, Signed by Judge Robert N. Chatigny on 6/21/05. (Blue, A.)