UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAISY CHAVEZ | : |
| | : No. 3:02CV458(MRK) |
| VS. | : |
| | : July 20, 2005 |
| METROPOLITAN DISTRICT COMMISSION | : |

MOTION FOR EXTENSION OF TIME
TO FILE OBJECTION TO MOTION FOR ATTORNEYS' FEES

Pursuant to Local Rule 9, the Plaintiff in the above entitled matter hereby requests an extension of time in which to file a Memorandum of Law in Response to Defendant's Motion for attorneys' fees.

Plaintiff's counsel had received a package of materials from Defendant relating to its Verified Bill of Costs. Appended to it was a Motion for Attorneys' Fees. Counsel did not notice it as separate from the materials submitted in support of the Verified Bill of Costs.

Plaintiff's Counsel was made aware of the separate motion today by Attorney Ryan and seeks an extension of time until July 29, 2005 within which to respond to said motion. Defendant does not consent to this motion.

WHEREFORE, Plaintiff requests an extension in which to file the Objection to the Motion for Attorneys' Fee until July 29, 2005.

1

PLAINTIFF

By _____
Francis A. Miniter
Miniter & Associates
Hartford, CT 06103
Phone 860-560-2590
Fax    860-560-3238
Email: miniter@attglobal.net
Fed. ID ct09566

CERTIFICATION OF SERVICE

The undersigned does hereby certify that a copy of the foregoing has been mailed by regular mail, postage prepaid, through the U.S. Postal Service, on July 29, 2005 to the following persons of record:

Ryan & Ryan LLC
900 Chapel Street, Suite 621
New Haven, CT 06510

_____
Francis A. Miniter



RECEIVED
JUL 2005
RYAN & RYAN LLC