**Miniter and Associates**
*Attorneys At Law*
100 Wells Street, Suite 1D
Hartford, Connecticut 06103

860-560-2590  (Phone)
860-560-3238  (Fax)

DATE:      9-16-05                    TIME:      1305 hrs

TO:        David Ryan
AT:        Ryan & Ryan

PHONE:  (203) 252-9794

FAX:  (203) 785-1547

NUMBER OF PAGES:   2
(including this page)

FROM:   FRANCIS A. MINITER

RE:     Daisy Chavez

Attached is the first check. Should I mail it to you or to your client?

Daisy is applying for a small loan. If it goes through, she will pay the remainder in full. If it does not, she will provide post-dated checks.

## CONFIDENTIALITY STATEMENT

This document and the accompanying materials contain information from the law firm of Miniter and Associates which is confidential and/or legally privileged. The information is intended only for the use of the information of the individual or entity to whom it is addressed. All others are hereby notified that disclosing, copying, disseminating or taking any action in reliance on the contents hereof is strictly prohibited, and that the document should be returned to the sender immediately. If you have received this telecopy in error, please call us at 860-560-2590, so that we can arrange for the return of the documents at no cost to you.

