**Miniter and Associates**
*Attorneys At Law*
*Bushnell on the Park*
*Hartford, Connecticut 06103*

860-560-2590   (PHONE)
860-560-3238   (FAX)

Francis A. Miniter   CT

September 20, 2005

David Ryan, Esq.
Ryan & Ryan
900 Chapel Street, Suite 621
New Haven, CT 06510

RE: Daisy Chavez

Enclosed please find a check in the amount of $500.00. If you have any questions regarding this matter, please contact me @560-2590.

Thank you,

Cynthia Earvin
Enclosure

SEP 1 2005

RYAN & RYAN LLC