# RYAN & RYAN, LLC

*Labor, Employment and Immigration Law*

NEW HAVEN· NEW L0NDO

900 Chapel Street, Suite 621
New Haven, Connecticut 06510
Phone: 203.752.9794
Fax: 203.785.1547

HOLLY QUACKENBUSH DARIN
holly.darin@ryan-ryan.net
203.752.9794 ext. 12

September 22, 2005

***VIA FACSIMILE AND MAIL***
Francis A. Miniter
Miniter and Associates
100 Wells Street, Suite 1D
Hartford, Connecticut 06103

Re:     ***Daisy Chavez v. Metropolitan District Commission***
        3:02 CV 458 (MRK)

Dear Attorney Miniter:

In our conversation yesterday, you stated that you were going to be speaking to your client last evening and that she was either going to cut a monthly check or would be obtaining a small loan in order to pay the Metropolitan District Commission its costs in the above-referenced matter.

You advised me you would let us know which option your client was going to utilize by Wednesday, September 28, 2005. This letter will reiterate that if we do not hear from you by the close of business on September 28, 2005, we will be filing a Motion for Contempt.

Thank you for your attention to this matter. We look forward to hearing from you.

Sincerely,

Holly Quackenbush Darin

HQD/jev

**RYAN & RYAN, LLC**
*900 Chapel Street, Suite 621*
*New Haven, Connecticut 06510*

# FAX

**Date:** September 22, 2005

**Number of pages including cover sheet:** 2

**To:** **Francis Miniter**

**From: Holly Quackenbush Darin**

**Re:** Chavez v. MDC

**Phone:** 203-752-9794

**Fax:** **860-560-3238**

**Fax:** 203-785-1547

Please see the attached.

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

```
┌─────────────────────────────────────┐
│ TRANSMISSION VERIFICATION REPORT     │
└─────────────────────────────────────┘

                              TIME  : 09/22/2005 11:33
                              NAME  : RYAN & RYAN
                              FAX   : 2037851547
                              TEL   : 2037529794


DATE,TIME                 09/22  11:33
FAX NO./NAME              18605603238
DURATION                  00:00:31
PAGE(S)                   02
RESULT                    OK
MODE                      STANDARD
                          ECM
```

# RYAN & RYAN, LLC
*900 Chapel Street, Suite 621*
*New Haven, Connecticut 06510*

# FAX

**Date:** September 22, 2005

**Number of pages including cover sheet:** 2

**To:** **Francis Miniter**

**From: Holly Quackenbush Darin**

**Re:** Chavez v. MDC

**Fax:** **860-560-3238**

**Phone:** 203-752-9794
**Fax:** 203-785-1547

Please see the attached.