UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAISY CHAVEZ, | : | CIVIL ACTION<br>3:02CV458 (MRK) |
| Plaintiff | : | |
| | : | |
| V. | : | |
| | : | |
| METROPOLITAN DISTRICT<br>COMMISSION, | : | |
| Defendant | : | OCTOBER 11, 2005 |

### AFFIDAVIT OF JENNIFER VINCENT

The undersigned being duly sworn hereby represents:

1. I am over the age of eighteen (18) and I believe in the obligations of an oath.

2. I am a paralegal with the firm of Ryan & Ryan, LLC which firm represents the Defendant MDC in the above referenced matter.

3. On October 4, 2005 I was asked by Attorney Holly Quackenbush Darin to contact Attorney Miniter's office regarding his client's method of payment of the outstanding costs owed to the Defendant MDC.

4. I telephone Attorney Miniter's office three times on October 4, 2005. The first time I called at 10:21 a.m. and was told by Kyna that Attorney Miniter was with a client and would be another hour or so and I left a message that I was calling on the Chavez matter. I called back around 11:49 a.m. and again spoke to Kyna who put me on hold and when she came back on the line, advised me that Attorney Miniter was still with a client, but that she was instructed to take a detailed message. I told her I was calling on the Chavez v. MDC matter and that we understood that Attorney Miniter was going to get back to us the prior Wednesday regarding his client's method of payment on the

outstanding cost. Further, I told her that since we were attempting to avoid the filing of a Motion for Contempt that we would like a call from Attorney Miniter as soon as possible. Finally, I again called Attorney Miniter at 3:27 p.m. and actually spoke to him. He told me he was tired and numb from five (5) meetings that day. However, he indicated that Ms. Chavez was going to provide post dated checks to him by Friday (October 7, 2005) to pay the remainder of the costs and that he would contact us when he received them.

I have read the foregoing affidavit and it is true and accurate to the best of my knowledge and belief.

_Jennifer Vincent_
Jennifer Vincent

Subscribed and sworn to before me this
12th day of October, 2005.

_[signature]_
Notary Public
My Commission Expires:
Commissioner of the Superior Court