**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| DAISY CHAVEZ | : | |
| | : | No. 3:02CV458(MRK) |
| VS. | : | |
| | : | |
| METROPOLITAN DISTRICT | : | |
| COMMISSION | : | October 24, 2005 |

**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S MOTION FOR CONTEMPT**

Plaintiff objects to Defendant's Motion for Contempt and disputes the claims of fact alleged in the Motion.

The Court did award costs to Defendant, and did permit monthly payment of $500.00 each month, but did not enter an order requiring to Plaintiff to deliver a series of post-dated checks to Defendant. Rather, the Court asked the parties to find a way of dealing with this matter without further court involvement. Counsel for Plaintiff relayed the discussion to Plaintiff who has dutifully paid each monthly payment in advance of the date set by the Court (the 15th of each month). Plaintiff has chosen not to deliver post-dated checks, but in doing so is not in violation of any court order. Plaintiff has timely paid both September and October payments. Defendant did not even wait to receive the October payment to make this motion.

Defendant has commenced this Motion despite the fact that timely payments have been made and received. The motion is without merit and should be dismissed with costs and attorneys' fees

to Plaintiff.

                        PLAINTIFF
                        DAISY CHAVEZ

By_____
                        Francis A. Miniter, Fed. ID No. CT09566
                        Miniter and Associates
                        100 Wells Street, Suite 1D
                        Hartford, CT 06103
                        phone 860-560-2590
                        fax    860-560-3238
                        email: miniter@attglobal.net

## CERTIFICATION OF SERVICE

The undersigned does hereby certify that a true copy of the foregoing together was delivered to the following counsel of record by hand delivery on October 24, 2005.:

Holly Quackenbush Darin, Esq.
David Ryan, Esq.
Ryan & Ryan
900 Chapel Street, Suite 621
New Haven, CT  06510

                                              _____
                                              Francis A. Miniter