UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAISY CHAVEZ, | : | DOCKET NO. 3:02CV458 (MRK) |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| THE METROPOLITAN DISTRICT | : | |
| COMMISSION, | : | |
|     Defendant | : | October 19, 2005 |

**STIPULATION REGARDING AWARD OF COSTS**

This Stipulation is entered into the 25th day of October 2005, by and between the Plaintiff, Daisy Chavez, and the Defendant, Metropolitan District Commission, in resolution of the above-captioned matter.

In consideration of the Award of Costs in the amount of $5,252.74, entered on August 9, 2005, the parties stipulate and agree:

1. The Plaintiff, Daisy Chavez, has made two (2) payments to the Defendant, Metropolitan District totaling $1,000.00 which leaves a remainder of $4,252.74.

2. The Plaintiff, Daisy Chavez, shall reimburse the Defendant, Metropolitan District Commission per the following payment schedule and immediately provide the Defendant with the following post-dated checks:

    a. November 15, 1005 - $500.00;

    b. December 15, 2005 - $500.00;

    c. January 15, 2006 - $500.00;

    d. February 15, 2006 - $500.00;

    e. March 15, 2006 - $500.00;

    f. April 15, 2006 - $500.00;

  g.  May 15, 2006 - $500.00;

  h.  June 15, 2006 - $500.00; and

  i.  July 15, 2006 - $252.74.

These payments shall represent the balance of costs due to the Defendant.

  3.  The hereby Defendant agrees to deposit each post-dated check on or after the date indicated.

| THE PLAINTIFF,<br>DAISY CHAVEZ | THE DEFENDANT,<br>THE METROPOLITAN DISTRICT COMMISSION |
|---|---|
| *[signature]*<br>Francis A. Miniter (ct 09566)<br>Miniter & Associates<br>100 Wells Street, Suite 1D<br>Hartford, Connecticut 06103<br>Phone: (860) 560-2590<br>Fax: (860) 560-3238<br>Email: miniter@attglobal.net<br>Her Attorney | *[signature]*<br>David A. Ryan, Jr. (ct 05064)<br>Ryan & Ryan, LLC<br>900 Chapel Street, Suite 621<br>New Haven, Connecticut 06510<br>Phone: (203) 752-9794<br>Fax: (203) 785-1547<br>Email: david.ryan@ryan-ryan.net<br>Its Attorney |