# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

_____
                                :

DAISY CHAVEZ                   :

                                 :     No. 3:02CV458(MRK)

VS.                           :

                                 :     USCA No. 05-3513

METROPOLITAN DISTRICT     :

COMMISSION              :     December 12, 2005

_____:

## PLAINTIFF/APPELLANT'S INDEX TO RECORD ON APPEAL

     Plaintiff/Appellant hereby files the attached Index to Record on Appeal representing documents from the consolidated cases 3:02-cv-00458-MRK and 3:03-cv-01112-MRK.

                       PLAINTIFF
                       DAISY CHAVEZ

                       By_____
                              Francis A. Miniter, Fed. ID No. CT09566
                              Miniter and Associates
                              100 Wells Street, Suite 1D
                              Hartford, CT 06103
                              phone 860-560-2590
                              fax    860-560-3238
                              email: miniter@attglobal.net

1

CERTIFICATION OF SERVICE

The undersigned does hereby certify that a true copy of the foregoing together was delivered to the following counsel of record by hand delivery on December 13, 2005.:

Holly Quackenbush Darin, Esq.
David Ryan, Esq.
Ryan & Ryan
900 Chapel Street, Suite 621
New Haven, CT  06510

_____
Francis A. Miniter