3:02-cv-00458-MRK Documents

| Date Filed | Court Doc. | Document Description | Appeal Doc. # |
|---|---|---|---|
| 03/14/2002 | 1 | COMPLAINT | 1 |
| 05/16/2002 | 7 | ANSWER and Special Defenses to Complaint by MDC | 2 |
| 09/02/2003 | 20 | MOTION by Metropolitan Dist to Amend special defenses by Metropolitan Dist | 3 |
| 09/15/2003 |  | ENDORSEMENT granting motion to Amend special defenses by MDC | 4 |
| 09/15/2003 | 21 | AMENDMENT to SPECIAL DEFENSES to Complaint by Metropolitan Dist | 5 |
| 10/01/2003 | 22 | MOTION by Metropolitan Dist for Summary Judgment | 6 |
| 10/01/2003 | 23 | MEMORANDUM by Metropolitan Dist in support of motion for Summary Judgment | 7 |
| 10/01/2003 | 24 | MOTION by Daisy Chavez to Amend complaint | 8 |
| 10/02/2003 | 25 | STATEMENT of Material Facts by Metropolitan Dist re motion for Summary Judgment | 9 |
| 10/15/2003 | 26 | RESPONSE re Amended Special Defenses to complaint by Daisy Chavez. | 10 |
| 12/12/2003 | 30 | Memorandum in Opposition re Motion for Summary Judgment filed by Daisy Chavez. | 11 |
| 12/15/2003 | 31 | Statement of Material Facts re Motion for Summary Judgment filed by Daisy Chavez | 12 |
| 01/14/2004 | 32 | REPLY to Objection to Motion for Summary Judgment filed by Metropolitan District | 13 |
| 06/01/2004 | 35 | MEMORANDUM of DECISION granting in part, denying in part Motion to Amend Complaint | 14 |
| 10/01/2004 | 61 | MOTION for Partial Summary Judgment by Metropolitan District Commission. | 15 |
| 10/08/2004 | 49 | MOTION in Limine to Preclude Levy & Droney Report by MDC | 16 |
| 10/08/2004 | 50 | Memorandum in Support re 49 MOTION in Limine to Preclude Levy & Droney Report filed by MDC | 17 |
| 10/28/2004 | 59 | ORDER granting 41 Motion to Consolidate Case with 3:03-cv-1112(MRK).10/27/04. Mod 10/29/2004 | 18 |
| 11/02/2004 | 63 | Objection to 61 MOTION for Partial Summary Judgment filed by Daisy Chavez. | 19 |
| 11/02/2004 | 64 | Memorandum in Opposition to MOTION for Partial Summary Judgment filed by Daisy Chavez. | 20 |
| 11/02/2004 | 65 | Statement of Material Facts re 61 MOTION for Partial Summary Judgment filed by Daisy Chavez. | 21 |
| 12/23/2004 | 66 | RULING & ORDER granting in part and denying in part 61 Motion for Partial Summary Judgment . | 22 |
| 02/10/2005 | 75 | MOTION in Limine to preclude non-expert evidence by Metropolitan District Commission. | 23 |
| 02/10/2005 | 76 | Memorandum in Support re 75 MOTION in Limine to preclude non-expert evidence | 24 |
| 02/10/2005 | 77 | MOTION in Limine to preclude Levy & Droney Report by Metropolitan District Commission. | 25 |
| 02/10/2005 | 78 | Memorandum in Support re 77 MOTION in Limine to preclude Levy & Droney | 26 |
| 02/10/2005 | 79 | MOTION in Limine to preclude /limit evidence by Metropolitan District | 27 |
| 02/10/2005 | 80 | Memorandum in Support re 79 MOTION in Limine to preclude /limit evidence | 28 |
| 02/25/2005 |  | ORDER granting 75 Motion in Limine, taking under advisement 77 Motion in Limine, taking under advisement 79 Motion in Limine | 29 |
| 03/10/2005 | 89 | Post-hearing brief on admissibility of Levy & Droney report filed by Metropolitan District | 30 |
| 03/11/2005 | 91 | Post hearing brief on admissibility of Levy & Droney report filed by Daisy Chavez. | 31 |
| 03/23/2005 | 92 | Memorandum of Law Re: Statute of Limitations filed by Daisy Chavez. (Attachments: # 1 Exhibit) | 32 |
| 03/23/2005 | 93 | Memorandum of Law re: Collateral Estoppel & Retaliation Claim filed by Chavez. | 33 |
| 03/28/2005 | 94 | Memorandum of Law re: Statute of Limitations filed by Metropolitan District Commission. | 34 |
| 03/28/2005 | 95 | REPLY to 93 Memorandum of Law re: Collateral Estoppel & Retaliation Claim filed by MDC | 35 |
| 04/01/2005 | 99 | MEMORANDUM of Law re: Obligation of MDC to have affirmative action plan filed by Daisy Chavez | 36 |
| 04/01/2005 | 100 | OPPOSITION to Supplemental Memorandum re: Admissibility of Levy & Droney Report filed by MDC | 37 |

| | | | |
|---|---|---|---|
| 05/27/2005 | 123 | Memorandum in RESPONSE re 121 Order to Show Cause filed by MDC | 48 |
| 05/31/2005 | 124 | MEMORANDUM of LAW in RESPONSE to 121 Order to Show Cause filed by Daisy Chavez. | 49 |
| 06/03/2005 | 134 | ORDER granting [133] Motion to Dismiss Rataliation Claims with prejudice. | 50 |
| 06/06/2005 | 137 | ORDER denying [136] Motion for Judgment as a Matter of Law as stated on the record in open court | 51 |
| 06/06/2005 | 138 | JURY VERDICT For the Defendant Against the Plaintiff. | 52 |
| 06/06/2005 | 139 | Court Exhibit List. | 53 |
| 06/06/2005 | 140 | Exhibit List by Daisy Chavez. | 54 |
| 06/06/2005 | 141 | Exhibit List by Metropolitan District Commission. | 55 |
| 06/06/2005 | 143 | Joint Exhibit List by Daisy Chavez, Metropolitan District Commission. | 56 |
| 06/07/2005 | 144 | JUDGMENT in favor of defendant against plaintiff. Signed by Clerk on 6/7/05. | 57 |