3:03-cv-01112-MRK

| Date Filed | Court Doc. # | Document Description | Appeal Doc. # |
|---|---|---|---|
| 06/24/2003 | 1 | COMPLAINT | 101 |
| 09/04/2003 | 7 | ANSWER to Complaint by MDC | 102 |
| 09/04/2003 | 8 | NOTICE of filing Special Defenses to Complaint by MDC | 103 |
| 10/16/2003 | 9 | Answer to [8] Notice re: Special Defenses filed by Daisy Chavez. | 104 |
| 09/23/2004 | 17 | MOTION to Consolidate Cases. Case to be consolidated with 3:02cv458-MRK by MD | 105 |
| 10/01/2004 | 18 | MOTION for Partial Summary Judgment by MDC | 106 |
| 10/22/2004 | 21 | REPLY to Response to 17 MOTION to Consolidate Cases. | 107 |
| 10/28/2004 | 24 | ORDER granting 17 Motion to Consolidate Case to 3:02-cv-458(MRK) | 108 |
| 11/02/2004 | 26 | Objection to 18 MOTION for Summary Judgment filed by Daisy Chavez. | 109 |
| 11/02/2004 | 27 | Memorandum in Opposition to 18 MOTION for Summary Judgment filed by Chavez. | 110 |
| 11/02/2004 | 28 | Statement of Material Facts re 18 MOTION for Summary Judgment filed by Chavez | 111 |
| 12/21/2004 | | Docket Entry Correction re 27 Memorandum, 28 Statement, 26 Objection docket text modified by re-docketing on lead case 2cv458 | 112 |